✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:10 pm, Jan 27 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____M.G.____ Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       *

vs.                            *       Case No.   LKG 25-cr-00006-1

Thomas C. Goldstein            *

                               *

******

## ORDER TO RECORD AGREEMENT TO FORFEIT PROPERTY

IT IS ORDERED by the United States District Court for the District of Maryland, this day of __January 27 2025__, that the Defendant/Surety/Counsel is hereby directed to record the original of the attached Agreement to Forfeit Property to secure performance of a bail bond in the land records of __the District of Columbia__ ~~City/County, Maryland~~ on or before the __29th__ day of __January 2025__, and return the receipt for said recordation to the Clerk of the Court ~~within 48 hours~~ by January 30, 2025.

_____
Timothy J. Sullivan
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Property