

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Reply to Southern Division Address                                David E. Ciambruschini, Chief Deputy

January 27, 2025

**RECEIPT FOR SURRENDER OF PASSPORT**

Re:   UNITED STATES OF AMERICA vs. Thomas C. Goldstein
      Case No.  8:25-cr-00006-LKG

Received this 27th day of January 2025, from Stuart Berman, one passport ending with 7822 issued by the United States of America which is being surrendered to the Court as a special condition of the defendant's release. This passport is to be held in the custody of the Court until further Order of Court. The Clerk of the Court will return any expired passports held in its custody to the Department of State.

Catherine M. Stavlas, Clerk

By:   /s/
      lm2s, Deputy Clerk

Receipt for Surrender of Passport  (Rev. 6/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov