☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

3:10 pm, Jan 27 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____M.G._____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,       *

                                *

v.                              *   Case No. _LKG 25-cr-00006-1_

Thomas C. Goldstein             *
Defendant.                      *

### ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, _____.
I certify that: [check one that applies and complete] , limited to IA/A at this time

☐ I am admitted to practice in this Court.

☒ I am a member in good standing of the bar of the highest state court of
_Florida   NY   DC_

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

_1-28-25_
Date

Signature: _[signature]_

Printed name and bar number: _0794074_

Firm name: _Lamet Singer_

Address: _400 North Tampa_

Email address: _llamet@lametsinger.com_

Telephone number: _813 222 8990_

Fax number: _813 222 8991_

Please select your designation:
☐ CJA    ☐ Retained    ☐ Public Defender    ☐ Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.

EntryofAppearanceCriminal (07/2014)