IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) Dated: February 5, 2025 |
| Defendant. | ) |

## ORDER

On February 4, 2025, the parties filed a joint motion to continue the initial scheduling conference scheduled to be held in the above-captioned criminal matter on February 6, 2025, and all pre-trial deadlines, so that, among other things, the Defendant could address issues related to his representation in this matter. ECF No. 25. In light of the foregoing, the Court:

1. **GRANTS** the parties' joint motion to continue;
2. **CONTINUES** the initial scheduling conference until a date to be set by the Court in consultation with the parties; and
3. **DIRECTS** the parties to **FILE** a joint status report, stating their respective positions on whether they are ready to proceed with the initial scheduling conference and setting a schedule for trial and pre-trial proceedings in this matter, on or before **March 3, 2025**.

The Government is directed to monitor the time pursuant to the Speedy Trial Act and to file any tolling motions as warranted[1].

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

---

[1] On January 31, 2025, the Government filed a consent motion to exclude Speedy Trial Act time. ECF No. 22.