IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-25-6** |
| | * | |
| **THOMAS C. GOLDSTEIN,** | * | |
| | * | |
| Defendant | * | |
| | ******* | |

# ORDER

Upon consideration of defendant Thomas C. Goldstein's motion to review condition of release related to agreement to forfeit property and to limit scope of forfeiture allegation to permit him to hire counsel of choice,

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Paragraph 8(c) of the conditions of release (ECF 6) is amended to strike the reference to 4323 Hawthorne Street, NW, Washington, DC 20016 and to substitute the following properties: 411 Harden Street, Columbia, SC 29205; 2728 Kiawah Avenue, Columbia, SC 29205; and 19 Ft. Fremont Road, Saint Helena Island, SC 29920.

IT IS FURTHER ORDERED that the Court will prepare a new appearance bond and order to record agreement to forfeit property to reflect the amendment.

IT IS FURTHER ORDERED that the potential forfeiture upon defendant's conviction on Count 22 of the indictment is limited to a money judgment in the amount of $1,987,500, the amount of the mortgage on the property located at 4323 Hawthorne Street, NW, Washington, DC 20016.

_____
Lydia K. Griggsby
United States District Judge

Dated: February \_\_\_\_, 2025