# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 25-cr-00006-LKG |
| ) | |
| THOMAS C. GOLDSTEIN, ) | Dated: February 5, 2025 |
| ) | |
| Defendants. ) | |

## ORDER

On February 5, 2025, the Defendant filed: (1) a motion for review of the Court's January 29, 2025, Order (ECF No. 19), which, among other things, denied the Defendant's request to modify the conditions of his release to substitute real property located in South Carolina for his martial residence in the District of Columbia as collateral to guarantee his appearance and (2) a motion to limit the scope of the Government's forfeiture allegations to permit him to use non-forfeitable property to hire counsel. ECF No. 30. In light of the foregoing, the Court **DIRECTS** the Government to respond to the Defendant's motions **on or before February 7, 2025**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge