IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-25-6 |
| | * | |
| THOMAS C. GOLDSTEIN, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## ORDER

Upon reviewing the Government's motion to strike, and good cause being shown, it is hereby ORDERED on this _____ day of _____, 2025 that:

1. The Government's motion to strike is **GRANTED**;

2. The Court strikes Defendant's *pro se* motion (ECF 30) filed in violation of the Local Rules;

3. The Court vacates the Order requiring the Government to respond to the *pro se* motion by February 7, 2025 (ECF 31);

4. The Court will set a briefing schedule, including the filing of Defendant's motion requesting appropriate relief, and related hearing, after Chief Magistrate Judge Sullivan conducts the attorney inquiry hearing on February 12, 2025; and

5. In the event Defendant seeks to proceed *pro se*, the Court will conduct a *Faretta* hearing to ascertain that Defendant fully understands the issues attendant to proceeding *pro se*.

**IT IS SO ORDERED.**

_____         _____
Date                                                                    HONORABLE LYDIA K. GRIGGSBY
                                                                         UNITED STATES DISTRICT JUDGE