IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.   ) | Criminal Case No. 25-cr-00006-LKG |
| ) | |
| THOMAS C. GOLDSTEIN, ) | Dated: February 7, 2025 |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

On February 5, 2025, the Defendant filed a motion to review the conditions of his release. ECF No. 30. On February 6, 2025, the Government filed a motion to strike the Defendant's motion under Local Rules 102.6 and 202. ECF No. 32. The hearing on these matters shall be held on **February 12, 2025, at 2:30 p.m., in Courtroom 4C of the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge