IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-25-6 |
| | * | |
| THOMAS C. GOLDSTEIN, | * | |
| | * | |
| Defendant | * | |

*******

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for the defendant, Thomas C. Goldstein, for the limited purpose of preliminary proceedings related to conditions of release and retention of counsel.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

_____
Stanley J. Reed #00315
Lerch, Early & Brewer, Chtd.
7600 Wisconsin Avenue
Suite 700
Bethesda, MD 20814
(301) 657-0177
(301) 347-1796 (fax)

Please select your designation:

___ CJA    ___ Retained    ___ Public Defender    ___ Pro Bono