This file contains a list of all transfer outputs of the cluster identified by the following cluster ID:
███████████████████ **935B**
The cluster is also known by the following name:

Each line represents a transfer output which is either sent to the cluster or received by the cluster.

Columns:
Hash: The 32 byte hash of the transfer that contains the output.
Date: The date when the transfer was confirmed.
Receiving Address: If the output is received by this cluster then this will be the address in the cluster that received payment.
Counterparty Address: If the output is sent by this cluster then this will be the address in the peer cluster that payment was sent to.
Counterparty Cluster Name: The name of the peer cluster if it has been given a name.
Counterparty Category: The category of the peer cluster if it has a category.
Counterparty Shared Name: The shared name of the peer cluster if it has been given a shared name.
Value: The approximate values.
USD value: The approximated USD value converted by using daily average prices. 0 if the price is unknown.

| Hash | Date | Receiving Address | Counterparty Address | Counterparty Cluster Name | Counterpa | Counterpa | Value | USD Value |
|---|---|---|---|---|---|---|---:|---:|
| | 11/21/2022 9:35 | | 935B | | | | 10.00 | 10.00 |
| | 11/21/2022 10:17 | | 935B | | | | 1,396,229.07 | 1,396,089.44 |
| | 11/21/2022 10:27 | | 935B | | | | 3,603,760.93 | 3,603,400.56 |
| | 5/5/2023 16:30 | | 935B | | | | 100.00 | 100.06 |
| | 5/5/2023 16:33 | | 935B | | | | 499,900.80 | 500,185.87 |

**Exhibit 1.b**



Total transfers: 67