

**Exhibit 2**