# INVOICE

Tom Goldstein



**Invoice Date**
Apr 14, 2023

**Invoice Number**
INV-1349

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| Purchase Transfer<br>Purchase of 500,000 USDC for $500,000 USD Cash Equivalent | | | |
| Cash Purchase Amount | 1.00 | 500,000.00 | 500,000.00 |
| | | Subtotal | 500,000.00 |
| | | **TOTAL USD** | **500,000.00** |

**Due Date: Apr 14, 2023**
PAYABLE ON RECEIPT
---------------------------------------------

Domestic Wires:



International Wires:



Registered Office:

**Exhibit 4**

# PAYMENT ADVICE

To: 

| | |
|---|---|
| **Customer** | Tom Goldstein |
| **Invoice Number** | INV-1349 |
| **Amount Due** | 500,000.00 |
| **Due Date** | Apr 14, 2023 |
| **Amount Enclosed** | |

Enter the amount you are paying above

Registered Office: