```
                                          ACCOUNT STATEMENT
                                                Page 1 of 2
                                 STARTING DATE: April 01, 2023
                                   ENDING DATE: April 30, 2023
                             Total days in statement period: 30
                                                        ( 0)

                                       Direct inquiries to:


       THOMAS CHE GOLDSTEIN




            Value Checking

Account number
Low balance
Average balance
                                  Beginning bal
                                  Total additions   ( 1)
                                  Total subtractions( 17)
                                  Ending balance

CREDITS
Number      Date    Transaction Description          Additions Control Number


DEBITS
Date    Transaction Description                      Subtractions Control Number




04-17 Outgoing Wire                                          500,000.00
```

**Exhibit 6**

```
                                              ACCOUNT STATEMENT
                                                  Page 2 of 2
                                      STARTING DATE: April 01, 2023
                                        ENDING DATE: April 30, 2023
                                 Total days in statement period: 30

    THOMAS CHE GOLDSTEIN                                   ( 0)

Date    Transaction Description                    Subtractions Control Number
```

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |

```
    OVERDRAFT/RETURN ITEM FEES
     ----------------------------------------------------------------
    |                                    | Total for   |    Total     |
    |                                    | this period | year-to-date |
    |------------------------------------|
    |   Total Overdraft Fees             |
    |------------------------------------|
    |   Total Returned Item Fees         |
     ------------------------------------
```