**USER ATTRIBUTES ***
USER ID
NAME        Thomas Goldstein
EMAIL
CREATED     June, 1 2020 11:58am PDT

**IDENTITY ***
FIRST NAME  Thomas
LAST NAME   Goldstein
SSN
ADDRESS1
ADDRESS2
CITY
STATE
ZIP
COUNTRY
BIRTHDATE M/D/Y

**JUMIO PROFILES ***

| DATE | TYPE | ID NUMBER | STATUS | NAME | DOB | ADDRESS |
|---|---|---|---|---|---|---|
|  |  |  |  | Thomas Che Goldstein |  |  |

**PERSONAL DETAILS ***
DOB
Street Address
City, State, ZIP
Country

**PREVIOUS EMAILS ***

| CHANGED FROM | CHANGED TO | CHANGED AT | CONFIRMED AT |
|---|---|---|---|

**MERCHANT PROFILES ***

**COMPANY EDD REQUESTS ***

| NAME | DBA | WEBSITE | BUSINESS TYPE | BUSINESS CATEGORY | BUSINESS DESCRIPTION | PHONE NUMBER |
|---|---|---|---|---|---|---|

**PHONE NUMBERS ***

| NUMBER | COUNTRY | VERIFIED |
|---|---|---|
|  | US | TRUE |
|  | US | FALSE |

**BILLING ADDRESSES ***

| ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|

**BANK ACCOUNTS ***

| CUSTOMER NAME | BANK NAME | ACCOUNT NUMBER | ROUTING NUMBER | ACCOUNT TYPE | VERIFIED | VERIFICATION METHOD |
|---|---|---|---|---|---|---|
| THOMAS C GOLDSTEIN |  |  |  |  |  |  |

**SEPA PAYMENT METHOD ***

| BANK NAME | IBAN | VERIFIED |
|---|---|---|

**FEDWIRE PAYMENT METHOD ***

| BANK NAME | ACCOUNT | ROUTING | BENEFICIARY NAME | VERIFIED |
|---|---|---|---|---|

**TRANSACTIONS ***

| TIMESTAMP | ACCOUNT NAME | TYPE | STATUS | BALANCE | AMOUNT | CURRENCY | TO |
|---|---|---|---|---|---|---|---|

**Exhibit 7**

[redacted]

| Date | Asset | Type | Status | | Amount | |
|---|---|---|---|---|---|---|
| 12/2/2022 17:33 | ETH | Withdrawal | Complete | N/A | -0.00091131 | ETH |
| 12/2/2022 17:33 | ETH Wallet | Receive | Complete | 0.00091131 | 0.00091131 | ETH |
| 12/2/2022 17:33 | USDC | Withdrawal | Complete | N/A | -0.005174 | USDC |
| 12/2/2022 17:33 | USDC Wallet | Receive | Complete | 0.005174 | 0.005174 | USDC |
| 12/2/2022 17:33 | USDT | Withdrawal | Complete | N/A | -0.004768 | USDT |
| 12/2/2022 17:33 | USDT Wallet | Receive | Complete | 0.004768 | 0.004768 | USDT |