

**Exhibit 10**