# EXHIBIT A
# (Redacted)

**Messages in chronological order** (times are shown in GMT +00:00)

| | **CHAT - GOTH2000000001 - 00896 - 2023/05/05** | |
|---|---|---|
| SM | **System Message <System Message>** <br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @s.whatsapp.net) added  (owner) | 5/5/2023, 3:55 PM |
| SM | **System Message <System Message>** <br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @s.whatsapp.net) created group "poker player tom" | 5/5/2023, 3:55 PM |
| SM | **System Message <System Message>** <br> 🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more | 5/5/2023, 3:55 PM |
| # | **▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ @s.whatsapp.net>** <br> ▮▮▮▮▮▮▮▮ tom need to wire USDC to me, please give him a address | 5/5/2023, 3:56 PM |
| # | **▮▮▮▮▮▮▮ @s.whatsapp.net>** <br> OK | 5/5/2023, 4:21 PM |
| # | **▮▮▮▮▮▮▮ @s.whatsapp.net>** <br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮935B | 5/5/2023, 4:21 PM |
| # | **▮▮▮▮▮▮▮ @s.whatsapp.net>** <br> ERC20 | 5/5/2023, 4:22 PM |
| TG | **Thomas Goldstein <▮▮▮▮▮▮▮▮▮▮>** <br> $100 test sent | 5/5/2023, 4:31 PM |
| # | **▮▮▮▮▮▮▮ @s.whatsapp.net>** <br> Got it | 5/5/2023, 4:32 PM |
| TG | **Thomas Goldstein <▮▮▮▮▮▮▮▮▮▮>** <br> Rest sent | 5/5/2023, 4:39 PM |
| # | **▮▮▮▮▮▮▮ @s.whatsapp.net>** <br> Got 500k | 5/5/2023, 4:40 PM |