# EXHIBIT B
# (Redacted)

**Messages in chronological order** (times are shown in GMT +00:00)

### 💬 CHAT - GOTH2000000001 - 00765 - 2023/06/06

| | | |
|---|---|---|
| TG | **Thomas Goldstein <▇▇▇▇▇▇>** <br> I have $220k UDT. Can I please have an ERC address to send it. | 6/6/2023, 4:54 PM |
| ># | **? ▇▇▇▇▇▇ @s.whatsapp.net>** <br> You want to send to ▇▇ to pay down the debt due, right? | 6/6/2023, 4:57 PM |
| ># | **? ▇▇▇▇▇▇ @s.whatsapp.net>** <br> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇54E3 | 6/6/2023, 5:04 PM |
| TG | **Thomas Goldstein <▇▇▇▇▇▇>** <br> Yes | 6/6/2023, 4:58 PM |
| # | **? ▇▇▇▇▇▇ @s.whatsapp.net>** <br> Okay, please wait | 6/6/2023, 4:58 PM |
| TG | **Thomas Goldstein <▇▇▇▇▇▇>** <br> Ty | 6/6/2023, 5:04 PM |
| # | **? ▇▇▇▇▇▇ @s.whatsapp.net>** <br> Please send me the Transaction ID once sent 🙏 | 6/6/2023, 5:05 PM |
| TG | **Thomas Goldstein <▇▇▇▇▇▇>** <br> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 6/6/2023, 8:03 PM |
| ># | **? ▇▇▇▇▇▇ @s.whatsapp.net>** <br> USDT242,410 transferred to ▇▇ right? | 6/6/2023, 11:14 PM |
| TG | **Thomas Goldstein ▇▇▇▇▇▇** <br> Yes | 6/6/2023, 11:15 PM |