# EXHIBIT C
# (Redacted)

**Messages in chronological order** (times are shown in GMT +00:00)

### CHAT - GOTH2000000001 - 00068 - 2023/05/05

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:19 AM
USDC

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:19 AM
It's on the egg protocol corrrct

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:19 AM
Correct.

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:20 AM
Sorry, I just woke up. Still in Dubai.

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 5:44 AM
It's on the ETH protocol** sorry really bad half asleep English. Just lmk which wallet to send to? I'll do a test transaction first then do rest once you confirm you got it

TG  **Thomas Goldstein** <████████>                                     5/5/2023, 3:53 PM
Amazing ty

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 3:56 PM
you're welcome

TG  **Thomas Goldstein** <████████>                                     5/5/2023, 4:25 PM
████████████████████████████████935B

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:28 PM
Thank You.

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:30 PM
Just sent 100

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:30 PM
Lmk if you got it

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:31 PM
And I'll send rest

TG  **Thomas Goldstein** <████████>                                     5/5/2023, 4:33 PM
Received

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:34 PM
Sent

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:34 PM
If there are any fees. Lmk I'll wire difference

\# ████████ ████████ <████████@s.whatsapp.net>                          5/5/2023, 4:38 PM
Received ?

TG  **Thomas Goldstein** <████████>                                     5/5/2023, 4:40 PM
Received Ty

\#     ▮@s.whatsapp.net>     5/5/2023, 4:42 PM
Thank You. If less than 500k, I'll pay wire difference.

TG     Thomas Goldstein <▮>     5/5/2023, 4:43 PM
All good

\#     ▮@s.whatsapp.net>     5/5/2023, 4:43 PM
Thank You 🙏

\#     ▮@s.whatsapp.net>     5/5/2023, 4:43 PM
Really appreciate you doing that for me

TG     Thomas Goldstein <▮>     5/5/2023, 4:44 PM
Easy

\#     ▮@s.whatsapp.net>     5/5/2023, 4:44 PM
And I'll get you paid back next 10 days

\#     ▮@s.whatsapp.net>     5/5/2023, 4:44 PM
Just waiting for his cash to come in

TG     Thomas Goldstein <▮>     5/5/2023, 4:44 PM
I'm totally good. No rush.