**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk                                        Reply to Southern Division Address
David E. Ciambruschini, Chief Deputy

February 13, 2025

8:25−cr−00006−LKG

Dear Counsel,

The Clerk received your Motion for Admission Pro Hac Vice for Jonathan I. Kravis. However, the statement checked below was missing or incomplete:

- [ ]  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts.
- [ ]  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)
- [ ]  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.
- [ ]  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- [x]  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co−counsel in these proceedings.
- [ ]  The $100.00 fee for admission *pro hac vice* is enclosed. (Payment may be made by check or money order payable to Clerk, United States District Court or by major credit card.)
- [ ]  We hereby certify under penalties of perjury that the foregoing statements are true and correct.
- [ ]  More than one statement is missing. You may not have used the Court's current form.
- [ ]  The case number is incorrect or is missing.
- [ ]  The address is incomplete. Please include the city, state, and zip code.
- [ ]  Other contact information (phone number, fax number, or e−mail address) is missing.
- [ ]  Other: _____

Before a ruling can be issued, all statements must be received by the Court.

To file a revised motion without paying the fee a second time, please do the following:
1. Go to the Court's website at www.mdd.uscourts.gov to obtain the Motion for Admission Pro Hac Vice form.
2. Prepare the motion with all required information.
3. Signatures of attorneys must either be handwritten or meet the requirements in the "signature" section of our civil procedures manual. (You may go to our website at www.mdd.uscourts.gov to access the manual.)
4. Refile the motion using the event, "Pro Hac Vice – Corrected."

When the new motion is received and reviewed, a ruling will be issued. In the meantime, the existing motion will be terminated.

Very truly yours,

_____/s/_____

Catherine M. Stavlas
Clerk, U.S. District Court
District of Maryland
prepared by: Marlowe Hill

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410–962–2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301–344–0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**