IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

☑ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED
1:30 pm, Feb 13 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____M.D.____ Deputy

United States of America,                *

v.                                       *       Case No. _LKG-25-6_

_Tom Goldstein_                          *
Defendant.                               *

**ENTRY OF APPEARANCE IN A CRIMINAL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, _Thomas Goldstein_.
I certify that: [check one that applies and complete]

☐ I am admitted to practice in this Court.

☑ I am a member in good standing of the bar of the highest state court of
_Maryland, DC, Pennsylvania_
and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

_2/13/25_
Date

_[signature]_
Signature

_Jonathan Kravis (MD1706220008)_
Printed name and bar number

_Munger, Tolles & Olson_
Firm name

_601 Massachusetts Ave. NW Suite 500E_
Address _Washington DC 20001_

_jonathan.kravis@mto.com_
Email address

_202-220-1100_
Telephone number

_____
Fax number

Please select your designation:
☐ CJA     ☑ Retained     ☐ Public Defender     ☐ Pro Bono

NOTE:   Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.

EntryofAppearanceCriminal (07/2014)