IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 25-cr-00006-LKG |
| ) | |
| THOMAS C. GOLDSTEIN, ) | Dated:  February 19, 2025 |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

On February 19, 2025, the Court held an initial scheduling conference with the parties, during which the Defendant indicated an intent to file a motion for review of the amended order setting conditions of his release.  *See* ECF No. 62.

In light of the foregoing, and for the reasons stated during the initial scheduling conference, the parties shall adhere to the following schedule for the briefing of the Defendant's motion for review.

| | |
|---|---|
| Defendant's motion for review. | **February 27, 2025** |
| Government's response in opposition to Defendant's motion for review. | **March 6, 2025** |
| Defendant's reply. | **March 10, 2025** |
| Hearing on Defendant's motion for review. | **TBD** |

In addition, the Court **DIRECTS** the parties to **FILE** a joint status report, on or before **March 7, 2025**, stating their respective positions on further proceedings, including a proposed schedule for the briefing of any pre-trial motions.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge