# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) | Dated: March 11, 2025 |
| Defendant. | ) | |

## SCHEDULING ORDER

On February 27, 2025, the Defendant filed an appeal of the Magistrate Judge's amended order setting certain conditions of release. ECF No. 80. That motion is fully briefed. ECF Nos. 80, 83 and 87.

On March 10, 2025, the Defendant filed an emergency motion to compel production of certain grand jury testimony. ECF No. 89.

In light of the foregoing, the parties shall adhere to the following schedule for the briefing of the Defendant's emergency motion to compel production:

| | |
|---|---|
| Government's response in opposition to the Defendant's emergency motion to compel production. | **March 14, 2025** |
| Defendant's reply. | **March 18, 2025** |
| Hearing on Defendant's appeal of the Court's amended order setting conditions of release and on Defendant's emergency motion to compel production. | **March 25, 2025, at 2:30 p.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge