IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 25-cr-00006-LKG |
| ) | |
| THOMAS C. GOLDSTEIN, ) | Dated: March 19, 2025 |
| ) | |
| Defendant. ) | |
| ) | |

# SCHEDULING ORDER

On March 18, 2025, the Defendant filed a reply in support of his emergency motion to compel production of certain grand jury testimony. ECF No. 96. In light of the foregoing, the Court **DIRECTS** the Government to **FILE** a sur-reply to the Defendant's motion **on or before March 21, 2025, at 11:59 p.m**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge