IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CRIMINAL NO. LKG-25-6** |
| v. | * | |
| | * | |
| **THOMAS C. GOLDSTEIN,** | * | |
| | * | |
| **Defendant.** | * | |

\*\*\*\*\*\*\*\*

### **ORDER**

Upon consideration of Defendant Thomas C. Goldstein's Consent Motion To Unseal Certain Exhibits Filed in Connection with His Motion to Invalidate Certain Orders Suspending the Statue of Limitations, it is hereby **ORDERED** that Mr. Goldstein's Consent Motion is **GRANTED**, and that Mr. Goldstein is hereby **ORDERED** to file on the public docket the following documents previously filed under seal, with redactions to omit (1) the names of all witnesses and (2) the names and contact information of all individuals listed as senders and recipients of transmittal letters:

1. ECF No. 111-1, Court's October 31, 2023 Order Granting *Ex Parte* Application For Suspension of the Running of the Statutes of Limitations

2. ECF No. 111-2, Court's May 7, 2024 Order Granting *Ex Parte* Application For Suspension of the Running of the Statutes of Limitations

3. ECF No. 111-5, Government's July 22, 2024 *Ex Parte* Application to Extend the Suspension of the Statutes of Limitations, and related exhibits

4. ECF No. 111-7, Government's October 27, 2023 *Ex Parte* Application to Extend the Suspension of the Statutes of Limitations, and related exhibits

5. ECF No. 111-8, Government's May 6, 2024 *Ex Parte* Application to Extend the Suspension of the Statutes of Limitations, and related exhibits

**IT IS SO ORDERED**.

**Date:** April 18, 2025

/s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Court