

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
OFFICE OF THE CLERK**

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

May 23, 2025

### RECEIPT FOR RETURN OF PASSPORT

USDC- GREENBELT
'25 MAY 23 PM 1:37 *cm.*

Re:   UNITED STATES OF AMERICA vs. "Thomas C. Goldstein"
      Case No. 8:25-cr-00006-LKG

I hereby acknowledge receipt from the Clerk of one Passport ending with 3264 issued by the United States which is being returned pursuant to the Court's Order.

May 23, 2025
Date

_____
Signature of Defendant or Counsel

Thomas Goldstein
Printed Name

202-674-7594
Telephone Number

Receipt for Return of Passport (2/2023)

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov