Message

| | |
|---|---|
| Sent: | 9/2/2021 10:18:23 PM |
| To: | Tom Goldstein |
| Subject: | RE: New payroll |

Start date?

**From:** Tom Goldstein
**Sent:** Friday, April 20, 2018 2:27 PM
**To:**
**Subject:** New payroll

Both FTEs at $26,000 / year.





FOIA Confidential Treatment Requested                                   GR0044996
Rule 6(e) Material - Confidential Treatment Requested

PROD-USA-0044963