Message

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **Sent:** | 4/20/2018 11:37:41 AM |
| **To:** | ▮▮▮▮▮ |
| **Subject:** | RE: Payroll |

Hi ▮,

You may want to wait on putting together payroll. Tom just let me know that we've hired two new employees. They will both make $26k per year and start working today, so please prorate their pay for April accordingly. I will get in touch with them and have them fill out W4, but their names, DOBs and direct deposit info are below.



Thanks,

▮

---

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **Sent:** | Friday, April 20, 2018 12:53 PM |
| **To:** | ▮▮▮▮▮ |
| **Subject:** | Payroll |

Hi ▮,

Here's the payroll changes for the month. The first two are just reminders of things we've already discussed.

- Remove ▮▮▮▮ He is taking a leave of absence and did not work at all in April
- No tax exemptions for ▮▮▮▮ – also please withhold an extra 2k
- Bump up ▮▮▮ SmartBenefits to $150/month

Many Thanks,

