# BenefitMall
*All together, better.*

## EMPLOYEE ELECTION FORM
**THIS IS NOT AN APPLICATION FOR INSURANCE**

BMLL Billing # _____
Effective Date _____
Team # _____
Carrier Group # (See Coverage Boxes)
Employer with 20 or more employees? ☐ Yes ☐ No

☑ New Hire  ☐ Re-Hire  ☐ COBRA/Continuation (Group Administered)  ☐ Add Coverage

| Last Name | First Name | M.I. | Employer: Goldstein and Russell |
|---|---|---|---|

Street Address _____  Social Security Number _____

City _____ State _____ Zip _____ Gender: ☐ Male ☑ Female  Date of Birth _____

Home Telephone # _____ Business Telephone # ( ) _____ Marital Status ☑ S ☐ M ☐ D ☐ W  Date of Marriage _____  Full-Time/Re-Hire Employment Date: **4/23/18**

Employee Email _____  Payroll Mode (weekly, bi-weekly, etc): **Monthly**

Are you actively working for the employer listed above (as defined in your insurance contract)? ☐ Yes ☑ No  ☑ Full-time ☐ Part-time

Hours Worked/Week: **Full time**

| Occupation: Research | Employee Class | ☐ Smoker ☑ Non-Smoker | Annual Salary/Hourly Wage: **$26,000** |

**MEDICAL PLAN (if offered)**[1]
Carrier _____
Plan Type _____
Carrier Group # _____
☑ Employee Only
☐ Employee & Spouse
☐ Employee / Child(ren)
☐ Family
☐ Over 65 ☐ Retired ☐ Working
☐ Medicare or Complimentary to Medicare (CareFirst-Individual only; and benefit coverage only. Not eligible for HSA)
☐ Waive Coverage*

**DENTAL PLAN (if offered)**
Carrier _____
Plan Type _____
Carrier Group # _____
☑ Employee Only
☐ Employee & Spouse
☐ Employee / Child(ren)
☐ Family
☐ Waive Coverage*
** If enrolling in a DHMO dental plan, please complete provider information below.

**VISION PLAN (if offered)**
Carrier _____
Carrier Group # _____
☑ Employee Only
☐ Employee & Spouse
☐ Employee / Child(ren)
☐ Family
☐ Waive Coverage*

*Not offered*

☐ LTD (if offered) ☐ Waive Coverage*
☐ VOL. LTD    ☐ Waive Coverage*
Carrier _____
Benefit $ _____ /Mo

**☐ LIFE AND AD&D (if offered)**
☐ Waive Coverage*
☐ VOL LIFE $ _____
☐ SPOUSE $ _____
☐ DEP. CHILD $ _____
Carrier _____

☐ STD (if offered) ☐ Waive Coverage*
☐ VOL. STD   ☐ Waive Coverage*
Plan # _____
Benefit $ _____ / Wk.
Carrier _____

*Waiver of Coverage: I certify that group insurance coverage has been offered to me and I choose to waive coverage due to:
☐ Spousal/Partner Coverage ☐ Parent Coverage ☐ Individual Coverage on Exchange ☐ Individual Coverage off Exchange ☐ Military/VA Coverage ☐ Retiree Coverage ☐ COBRA/Continuation ☐ Medicare/Medicaid ☐ No Coverage ☐ Other _____

[1] If enrolling in HMO coverage, please refer to the "Waiver of Insurance Coverage" included with this form. *By checking "Waive Coverage" you confirm that you waive coverage and have read and understand the "Waiver of Insurance Coverage" information included.

Life Insurance Beneficiary (if coverage offered) _____ Relationship _____

| Last, Full First, M.I. | Social Security Number | Birth Date | Sex | Student (Y/N) | Disabled (Y/N) | For HMO, POS, Opt-Out and Dental (if offered) Plans: Primary Care Provider Name and Carrier Assigned Provider # | Existing Patient (Y/N) |
|---|---|---|---|---|---|---|---|
| Emp _____ | _____ ☐ Smoker ☑ Non-Smoker | _____ | F | N | N | Medical _____ Dental _____ | |
| Sp | ☐ Smoker ☐ Non-Smoker | | | | | Medical _____ Dental _____ | |
| Chd | ☐ Smoker ☐ Non-Smoker | | | | | Medical _____ Dental _____ | |
| Chd | ☐ Smoker ☐ Non-Smoker | | | | | Medical _____ Dental _____ | |
| Chd | ☐ Smoker ☐ Non-Smoker | | | | | Medical _____ Dental _____ | |

**OTHER/PRIOR HEALTH INSURANCE:** Please note: You **must** complete this section if waiving or enrolling in medical coverage and your company offers Dual Coverage OR if you are currently covered under Medicare. **DC/VA GROUP COVERAGE: FOR COORDINATION OF BENEFITS, PRIOR COVERAGE INFORMATION MUST BE COMPLETED**

Do you or your dependents have other/prior Health coverage with another insurer? ☐No ☐ Yes  Dental? ☐No ☐ Yes  *If Yes:* Effective Date: _____
☐ Other ☐ Prior (indicate one or both)  Carrier Name _____ Policy # _____
Will this coverage be continued? ☐ Yes ☐ No  *If No:* Term. Date: _____
Are you covered by Medicare? ☐No ☐ Yes  Effective Date (Part A) __/__/__ Effective Date (Part B) __/__/__ Medicare # _____
Is your spouse or dependent(s) covered by Medicare? ☐ No ☐ Yes  Effective Date (Part A) __/__/__ Effective Date (Part B) __/__/__
Name of spouse or dependent(s) covered (if applicable): _____ Medicare # _____

**CERTIFICATION:** I hereby certify that I am the spouse, parent or legal guardian of the dependent(s) shown above. *Any person who knowingly and willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly and willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.*

- Voluntary benefits may be subject to pre-existing condition exclusions (please refer to your policy for more information).

I authorize my employer to make any necessary payroll deductions and also declare that any disability coverage in force and applied for, with respect to myself, is less than 75% of my current monthly earnings (60% for intermediate disability income)

EMPLOYEE SIGNATURE _____ DATE **4-23-18**
EMPLOYER SIGNATURE/VERIFICATION _____ DATE **4/23/18**

Rev. 11/2015

Confidential

GR0018716
PROD-USA-0018784