Message
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| | |
|---|---|
| **From**: | Tom Goldstein ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Sent**: | 4/24/2018 12:59:16 PM |
| **To**: | ▇▇▇▇▇▇▇▇▇▇ |
| **Subject**: | FW: Work |
| **Attachments**: | General Counsel Contacts - 3b-10b Revenue - MAP.xlsx; Backgrounders.docx |



Please finish this project.  It involves the companies in the spreadsheet.  We need a summary about the company and then the general counsel (who is their lead lawyer).  You can see the ones that ▇▇▇▇ did and she got almost all the way through this list.

Thanks!

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**From:** ▇▇▇▇▇▇▇▇
**Sent:** Thursday, March 29, 2018 11:21 AM
**To:** Tom Goldstein ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Work

FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

GR0061271

PROD-USA-0061026