
Message

| | |
|---|---|
| **From:** | █████████████████ |
| **Sent:** | 4/24/2018 6:00:52 PM |
| **To:** | █████████████████ Tom Goldstein █████████████████ |
| **Subject:** | General Counsel & Backgrounders doc |
| **Attachments:** | General Counsel Contacts - 3b-10b Revenue - MAP.xlsx; Backgrounders.docx |

Hey ███
Here is the finished background check.
>
>