Message

| | |
|---|---|
| From: | ███████████████ |
| Sent: | 5/10/2018 11:15:03 PM |
| To: | Tom Goldstein ███████████████ |
| Subject: | Re: General Counsel Contacts - 3b-10b Revenue - MAP.xlsx |

On it !

> On May 10, 2018, at 6:02 PM, Tom Goldstein ███████████████ wrote:
>
> Take a look at the trips for tom tab and see what city you would hold a meeting in for each region. This is to try and bring together multiple potential clients at one time.
>
> <General Counsel Contacts - 3b-10b Revenue - MAP.xlsx>
>

FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

GR0061653

PROD-USA-0061408