Message

| | |
|---|---|
| **From:** | ▮▮▮▮▮ |
| **Sent:** | 5/11/2018 4:44:10 PM |
| **To:** | Tom Goldstein ▮▮▮▮▮ |
| **Subject:** | General Counsel Contacts - 3b-10b Revenue - MAP.xlsx |
| **Attachments:** | General Counsel Contacts - 3b-10b Revenue - MAP.xlsx |

FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

GR0061035

PROD-USA-0060790