Message

**From:** Tom Goldstein [REDACTED]
**Sent:** 5/9/2018 6:38:54 AM
**To:** [REDACTED]
**Subject:** Re[REDACTED]

She's going to work a bunch more as we ramp up AmEx for the next couple of months. So change it to 50, please.

> On May 7, 2018, at 1:24 PM, [REDACTED] wrote:
>
> 26k, same as [REDACTED]
>
> -----Original Message-----
> From: Tom Goldstein
> Sent: Monday, May 7, 2018 1:24 PM
> To: [REDACTED]
> Subject: [REDACTED]
>
> What did we set her salary at please?

FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

GR0059594

PROD-USA-0059364