[4/17/18, 11:54:19] ███████████ Yesterday I took an awesome trauma med course. A firefighter/paramedic friend of ours ran a small homies-only class for serious wilderness traumatic injuries. Not public because they taught us a lot of things that they are really not supposed to teach civilians. Like how to reinflate collapsed lungs, how to communicate with and set up landing zones for heli rescue, etc.
[4/17/18, 12:54:16] Tom Goldstein: Holy cow. What an amazing opportunity. Might end up saving someone's life.
[4/17/18, 14:44:17] Tom Goldstein: Can I check one thing with you: do you want a regular, research type job that would have health benefits and taxes and all that? I assume that you like the complete freedom you have. Even this wouldn't be at a particular place or time of day. But you'd have to put in hours during the week. Again, not trying to get you to do it. But I just thought of it bc I need to hire somebody anyway.
[4/17/18, 15:04:51] ███████████ What type of research, and how many hours? Is it an on-the-rd job or in-office job?
[4/17/18, 15:05:52] Tom Goldstein: On the road. Hours flexible, I just need them to be predictable. Internet research. So an example would be 10 hours at $50/hour. Do it when and where you want.
[4/17/18, 15:08:04] ███████████ Is this for your law firm?
[4/17/18, 15:08:10] Tom Goldstein: Yes
[4/17/18, 15:08:41] Tom Goldstein: I guess actually if there was insurance then nominally you'd have to do 20 hours. But it could all be worked out.
[4/17/18, 15:09:28] ███████████ I'd like to try it out. :)
[4/17/18, 15:10:22] ███████████ What do you need researched?
[4/17/18, 15:11:22] Tom Goldstein: Two things related to my work. First is information about big retail companies. Second is information about a lawsuit between Google and Oracle. I'd give you details.
[4/17/18, 15:14:18] ███████████ Ok. When would you like me to start?
[4/17/18, 15:16:19] Tom Goldstein: Anytime.
[4/17/18, 15:17:43] ███████████ Ok. Lets start tomorrow :-) haha
[4/17/18, 15:18:25] Tom Goldstein: All good. Send me Full name, dob, and ssn.
[4/17/18, 15:18:42] Tom Goldstein: You'll have health insurance in 2 days.
[4/17/18, 15:18:56] ███████████ CA based health insurance?
[4/17/18, 15:19:12] Tom Goldstein: Blue cross that works everywhere (I believe)
[4/17/18, 15:19:27] Tom Goldstein: Our insurance is good
[4/17/18, 15:21:09] Tom Goldstein: This is totally unrelated to anything else. Just do a great job.
[4/17/18, 15:22:31] ███████████

Do we need to start with 20 hrs / week for insurance?
[4/17/18, 15:23:20] Tom Goldstein: Nominally you may actually be full time. I'm not sure. But you can ignore that. My expectation will be 10 hours.
[4/17/18, 15:25:51] ███████████ Sounds good to me :)
[4/17/18, 15:28:24] ███████████ What is the first research project, and how do you want the findings organized?
[4/17/18, 15:30:01] Tom Goldstein: All the projects are ongoing. So you don't face a particular deadline. I should email you some things and we should have a call.
[4/17/18, 15:30:41] Tom Goldstein: Which of these interests you more: looking up information about a lot of companies; or researching materials about a fight between Oracle and Google in depth?
[4/17/18, 15:33:45] ███████████

Both are equally as interesting
[4/17/18, 15:34:48] Tom Goldstein: Ok. Can you chat now?
[4/17/18, 15:43:35] ███████████ Yes.
[4/17/18, 16:06:44] Tom Goldstein: https://www.theverge.com/platform/amp/2018/3/27/17169064/federal-circuit-oracle-v-google-third-trial-java-android
[4/17/18, 16:06:47] Tom Goldstein: http://www.cafc.uscourts.gov/sites/default/files/opinions-orders/17-1118.Opinion.3-26-2018.1.PDF
[4/17/18, 16:08:10] Tom Goldstein: I need a permanent address please.
[4/17/18, 16:14:17] ███████████
[4/17/18, 16:14:54] ███████████ If it must be a physical address, I have one that I use, but it doesn't