Message

**From:** Tom Goldstein
**Sent:** 10/1/2018 6:40:00 AM
**To:**
**Subject:** Re: Translator

> On Oct 1, 2018, at 9:14 PM, ███ wrote:
>
> Can you send me her email? I need her to fill out a W-4 and the insurance form.
>
> -----Original Message-----
> From: Tom Goldstein
> Sent: Monday, October 1, 2018 1:07 AM
> To:
> Subject: Translator
>
> Ok we have our translator. Please put her on payroll for $40k a year. Do whatever is necessary for insurance.
>