[redacted]

10/3/18, 10:12 AM - [redacted]: Ok what's my occupation for the employee form? I put monthly payroll mode . What should I put in annual salary/ hourly wage ?
10/3/18, 10:12 AM - [redacted]: I'm also filling as non smoker.  I'm so serious about to quit
10/3/18, 10:13 AM - [redacted]: Am I full time or part time?
10/3/18, 10:15 AM - Tom Goldstein DC: Your occupation is translator. Monthly pay is correct. Part time. 30 hours per week. $30/hour. (So you will get some from the firm, and the rest from me directly; it's just to have enough to qualify for insurance.) Glad to hear about smoking.
10/3/18, 10:20 AM - [redacted] Ok thanks

[redacted]

**CONFIDENTIAL**                                          000057



**CONFIDENTIAL**                                             000097

Case 8:25-cr-00006-LKG  Document 135-14  Filed 06/18/25  Page 3 of 4



CONFIDENTIAL

000098



**CONFIDENTIAL** 000099