**From:**
**To:**
**Sent:** 3/7/2019 7:48:06 PM
**Subject:** RE: Remove

Thanks! And yes, it's safe to send in. Totally understand and appreciate double checking.

**From:** 
**Sent:** Thursday, March 7, 2019 2:46 PM
**To:** 
**Subject:** RE: Remove

Hello    Thanks for sending the form. Correct, her coverage will end on March 31, 2019. Are you sure it is safe for me to send this one in? I remember what happened last time! Just kidding. I will get it submitted.

Regards,

 Account Manager



Gallagher
Insurance | Risk Management | Consulting

2018 WORLD'S MOST ETHICAL COMPANIES
WWW.ETHISPHERE.COM

Confidentiality Note: This e-mail and any files transmitted with it are intended only for the person or entity to which it is addressed and may contain confidential material and/or material protected by law. Any retransmission or use of this information may be a violation of that law. If you received this in error, please contact the sender and delete the material from any computer

**From:**
**Sent:** Thursday, March 07, 2019 2:32 PM
**To:**
**Subject:** Remove

Hi

We are going to remove                    from our plan. The change form is attached. Can you just confirm that she will have coverage through the end of the month, even if the last day worked is today?

PROD-USA-0192505