# Gmail

## Tom Goldstein harassment and threats

Thu, Oct 31, 2019 at 1:45 PM

To: TGoldstein ████████████████, information ████████████

Hi predator Tom Goldstein. If one more time I'll hear threats ████████████████████████████ I'll go to procecuter office to do domestic complain! And that situation at the burning man I'll restore that case if I need too. ███████ was a huge mistake ████████████████████████████ U were lucky I dropped charges but this time no. ████████████████████████████████████████████ So now don't blame me and dont even try to attacking me ! Dont even start harming other ppl , be responsible for your actions and what u did . Dont be a coward and blame young girls for all your losses.  For lying me about me working at your firm labor department will taken care of that.  So good luck.

**21 attachments**

CONFIDENTIAL    ████████ 000156

PROD-USA-0175312





> Yes I worked at restaurants, babysitter, bottle girl promo girls, model, assistant at medical office, vurtual technology services and even hustle on uber

> Wow that's impressive

> So shut up. Stop embarrassing me

> You're going to make millllions.

> This is such a low

> Pls stop

CONFIDENTIAL          )00166



CONFIDENTIAL 000178