| Direction | Source | Type | Time stamp (EST) | Text | From | To |
|---|---|---|---|---|---|---|
| Incoming | Apple Messages | iMessage | 10/31/2019 11:51 | Apparently the ▬ woman has had some kind of metal breakdown. Sigh. | Tom Goldstein ▬ | ▬ |
| Outgoing | Apple Messages | iMessage | 10/31/2019 11:55 | She sounded distressed when she called. Something about her insurance and taxes | ▬ | ▬ |
| Incoming | Apple Messages | iMessage | 10/31/2019 12:17 | Her family reached out from Russia. Super worried about her. Yikes. | Tom Goldstein ▬ | ▬ |
| Outgoing | Apple Messages | iMessage | 10/31/2019 12:26 | She's on our health insurance. We should keep her on? | ▬ | ▬ |
| Incoming | Apple Messages | iMessage | 10/31/2019 12:30 | I suppose. I feel bad cutting off someone having some sort of psychotic event. | Tom Goldstein ▬ | ▬ |

▬-GSJ-000147(a)