| Direction | Source | Type | Time stamp (EST) | Text | From | To |
|---|---|---|---|---|---|---|
| Incoming | Apple Messages | iMessage | 11/11/2019 21:02 | Cancel ▮▮▮▮ health insurance industry January 1, 2020. Thank God. | Tom Goldstein ▮▮▮▮ | ▮▮▮▮ |

▮-GSJ-000147(a)