| Direction | Source | Type | Time stamp (EST) | Text | From | To |
|---|---|---|---|---|---|---|
| Outgoing | Apple Messages | iMessage | 2/16/2020 11:19 | Were you able to get that paperwork for ▬ signed? | ▬ | ▬ |
| Incoming | Apple Messages | iMessage | 2/16/2020 11:20 | Sorry, I forgot. I'll deal with it. | Tom Goldstein ▬ | ▬ |
| Outgoing | Apple Messages | iMessage | 2/16/2020 11:22 | No worries. | ▬ | ▬ |

▬-GSJ-000147(a)