Message

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Sent: 1/28/2014 12:35:10 PM
To: Tom Goldstein ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: RE: Wire

Yes that too :)

-----Original Message-----
From: Tom Goldstein
Sent: Tuesday, January 28, 2014 3:29 PM
To: ▮▮▮▮▮▮▮▮
Subject: Re: Wire

Yup, it's unfortunate. But we always play completely by the rules.

> On Jan 28, 2014, at 3:28 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>
> Yes, I know.  Sorry for not being clear, I was only referring to those that are marked as personal distributions.  The accountant just wanted me to make sure you were aware of the consequences, but I guess you are, so we can just drop it.
>
> -----Original Message-----
> From: Tom Goldstein
> Sent: Tuesday, January 28, 2014 3:27 PM
> To: ▮▮▮▮▮▮▮▮
> Subject: Re: Wire
>
> This isn't the final list. I had sent you and email back explaining which are personal and which aren't.
>
>> On Jan 28, 2014, at 3:25 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>>
>> Our accountant called to confirm that all these payments are meant to be personal distributions, since they will end up costing you around $220k in taxes (as opposed to services, where they are tax deductible).  I said yes but that I would check.
>>
>> -----Original Message-----
>> From: ▮▮▮▮▮▮▮▮
>> Sent: Tuesday, January 21, 2014 1:55 PM
>> To: Tom Goldstein
>> Subject: RE: Wire
>>
>> Cool.  And so I imagine that is also the case for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>
>> For the blog, can we call ▮▮▮▮▮▮ bonus or the competition winnings personal distributions?
>>
>> -----Original Message-----
>> From: Tom Goldstein
>> Sent: Tuesday, January 21, 2014 1:32 PM
>> To: ▮▮▮▮▮▮▮▮
>> Subject: Re: Wire
>>
>> It's a personal distribution not a business expense. So it doesn't get deducted and we shouldn't need a 1099.
>>
>>> On Jan 21, 2014, at 1:30 PM, "▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"> wrote:
>>>
>>> Do you have his contact information?  I need to reach out to find out an address and SSN for a 1099.  Or should he be considered exempt (perhaps he is not a US citizen or the payments were expense reimbursements).
>>>
>>> -----Original Message-----
>>> From: Tom Goldstein
>>> Sent: Wednesday, August 14, 2013 9:37 AM
>>> To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>>> Subject: Wire
>>>
>>> Wire $40k from the firm to
>>>
>>> ▮▮▮▮▮▮▮▮▮▮▮▮



>>>

FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

GR0061650

PROD-USA-0061405