# Exhibit 3C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

USDC- GREENBELT
'24 JUL 26 PM 12:12

| | |
|---|---|
| IN RE POSSIBLE VIOLATIONS OF<br>18 U.S.C. §§ 371, 1001, 1014, 1343, 1347;<br>26 U.S.C. §§ 7201, 7203, 7206, 7212; 31<br>U.S.C. §§ 5314, 5322 | Misc. No. 24-mc-234<br><br>FILED EX PARTE & UNDER SEAL |

**ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND
THE SUSPENSION OF THE STATUTES OF LIMITATIONS**

Based on the Application filed by the United States of America, and the accompanying documents, the Court makes the following findings:

1. A grand jury duly impaneled in this District has been conducting an investigation of Thomas Che Goldstein and other individuals for the following possible criminal offenses: (i) conspiring to defraud the United States, in violation of 18 U.S.C. § 371; (ii) evading taxes, in violation of 26 U.S.C. § 7201; (iii) making and subscribing to a false tax return, in violation of 26 U.S.C. § 7206(1); (iv) aiding and assisting the preparation of false and fraudulent tax returns, in violation of 26 U.S.C. § 7206(2); (v) willfully failing to pay individual income tax and failing to file tax returns, in violation of 26 U.S.C. § 7203; (vi) corruptly endeavoring to obstruct the due administration of the internal revenue laws, in violation of 26 U.S.C. § 7212(a); (vii) willfully failing to file a report the ownership or control of, or signatory authority, or other authority over, a foreign financial account, in violation of 31 U.S.C. §§ 5314, 5322; (viii) wire fraud, in violation of 18 U.S.C. § 1343; (ix) healthcare fraud, in violation of 18 U.S.C. § 1347; (x) making false statements on a loan application, in violation of 18 U.S.C. § 1014; and (xi) making false statements to an agency of the United States, in violation of 18 U.S.C. § 1001.

2. No indictment has been returned.

3. The government established that evidence of certain offenses is located in a foreign country. Further, the government established, by a preponderance of the evidence, that an official request (the "Official Request"), as defined in 18 U.S.C. § 3292(d), was made to Montenegro by the Office of International Affairs of the United States Department of Justice on April 5, 2024 seeking such evidence. Further, it reasonably appears, based on a preponderance of the evidence, that evidence of the offenses described in the government's application is located, or was located at the time of the Official Request, in a foreign country.

4. The government established that no final action has been taken by Montenegro on that Official Request because, although Montenegro has provided a response, that response was not dispositive as to each of the items listed in the government's Official Request

BASED ON THE ABOVE, IT IS HEREBY ORDERED that the government's *ex parte* application to extend the suspension of the statutes of limitations is hereby GRANTED; and

IT IS FURTHER ORDERED that the running of the statutes of limitations for the offenses set forth in the government's *ex parte* application is hereby SUSPENDED for the period authorized by 18 U.S.C. § 3292(b) and (c).

DONE AND ORDERED at Greenbelt, Maryland, this 25th day of July, 2024.

HONORABLE THEODORE D. CHUANG
UNITED STATES DISTRICT COURT JUDGE

I hereby attest and certify on 7/26/24
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
CATHERINE M. STAVLAS
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

2