IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| Plaintiff, | * |
| | *   CRIMINAL NO. LKG-25-6 |
| v. | * |
| | * |
| **THOMAS C. GOLDSTEIN,** | * |
| | * |
| Defendant. | * |

********

**[PROPOSED] ORDER GRANTING CONSENT MOTION
TO MODIFY THE PRE-TRIAL SCHEDULING ORDER**

Upon due consideration of the United States of America's Consent Motion to Modify the Pre-trial Scheduling Order (ECF 107), it is hereby **ORDERED** that the Government's Consent Motion is **GRANTED** and there is good cause to add the following deadlines to the pretrial schedule:

| | |
|---|---|
| Expert witness disclosures. | **September 12, 2025** |
| Government's Rule 404(b) notice. | **September 12, 2025** |
| *Daubert* motions. | **October 24, 2025** |
| Responses to *Daubert* motions. | **November 14, 2025** |
| Replies in support of *Daubert* motions. | **November 21, 2025** |
| Hearing on *Daubert* motions. | **December 12, 2025, at 10:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770** |

In addition, the Government has voluntarily committed to producing *Jencks* material it has identified for anticipated trial witnesses no later than December 2, 2025, six weeks before trial is scheduled to commence. Consistent with its continuing discovery obligations, the Government also may supplement its production with any additional *Jencks* material it identifies after this date. The Government has further voluntarily committed to producing, no later than November 3, 2025, any *Jencks* material it has identified for: (1) the four individuals at issue in Defendant's Motion To Dismiss Allegations Concerning Employees (ECF 122); (2) former firm managers of Defendant's law firm; (3) individuals who owed legal fees to Defendant's law firm that Defendant allegedly diverted to pay others; (4) counterparties who received payments from Defendant's law firm that he allegedly caused to be misclassified as business expenses; and (5) three agreed-upon individuals with whom Defendant had poker-related financial transactions in 2016. This Order shall not preclude the Government from producing additional *Jencks* material as necessary after December 2, 2025.

Dated: June ___, 2025

                                                                HON. LYDIA KAY GRIGGSBY
                                                                United States District Judge