## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated:  September 12, 2025 |
| | ) | |
| Defendant. | ) | |
| | ) | |

### SCHEDULING ORDER

The Court will hold a hearing on the parties' pre-trial motions on September 24, 2025. *See* ECF No. 155.  The parties shall be prepared to address the following pre-trial motions during the September 24, 2025, hearing: (1) the Government's motion for a *Faretta* hearing (ECF No. 158); (2) the Defendant's motion to invalidate certain orders suspending the statute of limitations (ECF No. 111); (3) the Defendant's motion to dismiss Counts 1, 5, 6 and 15 as barred by the statute of limitations (ECF No. 121); and (4) the Defendant's motion to suppress statements (ECF No. 119).  Any witnesses related to the Defendant's motion to suppress (ECF No. 119) shall be present during the September 24, 2025, hearing.

In addition, the parties shall participate in a hearing on the parties' remaining pre-trial motions **on October 24, 2025, to be held at 10:00 a.m. in the United States Courthouse in Courtroom 4B at 6500 Cherrywood Lane Greenbelt, MD 20770**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge