# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No. 25-cr-00006-LKG |
| | ) |
| THOMAS C. GOLDSTEIN, | ) Dated: October 1, 2025 |
| | ) |
| Defendant. | ) |

## ORDER

On October 7, 2025, the Court will hold a hearing on the following pre-trial motions: (1) the Government's motion for a *Faretta* hearing (ECF No. 158); (2) the Defendant's motion to invalidate certain orders suspending the statute of limitations (ECF No. 111); (3) the Defendant's motion to dismiss Counts 1, 5, 6 and 15 as barred by the statute of limitations (ECF No. 121); and (4) the Defendant's motion to suppress statements (ECF No. 119). The parties are encouraged to consolidate their oral arguments on the Defendant's motion to invalidate certain orders suspending the statute of limitations (ECF No. 111) and the Defendant's motion to dismiss Counts 1, 5, 6 and 15 as barred by the statute of limitations (ECF No. 121).

The parties shall adhere to the following time allotments for the presentation of their oral arguments on each of these motions:

| | |
|---|---|
| Opening arguments | 20 minutes |
| Response | 15 minutes |
| Rebuttal | 10 minutes |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge