IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **Plaintiff,** | * |
| v. | *   **CRIMINAL NO. LKG-25-6** |
| **THOMAS C. GOLDSTEIN,** | * |
| **Defendant.** | * |

********

## DEFENDANT THOMAS C. GOLDSTEIN'S MOTION TO SEAL EXHIBIT TO MOTION IN LIMINE

Defendant Thomas C. Goldstein respectfully requests that this Court order that Exhibit A to his Motion to Preclude Evidence of Uncharged Misconduct and Other Character Evidence be placed under seal. This exhibit, the government's notice under Federal Rule of Evidence 404(b), includes sensitive personal information, including names and other information that would identify potential witnesses in this case. Because the document would be essentially unreadable if confidential information were redacted, Mr. Goldstein seeks leave to file this exhibit under seal, with a sealed copy served on the government.

Accordingly, pursuant to Local Rule 207.2, Mr. Goldstein respectfully requests that the Court approve filing this document under seal.

1

2

Dated: October 24, 2025

Respectfully submitted,

/s/ Jonathan Kravis
Jonathan I. Kravis (Bar No. 31556)
Stephany Reaves (Bar No. 19658)
Sarah E. Weiner (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
(202) 220-1100
Jonathan.Kravis@mto.com
Stephany.Reaves@mto.com
Sarah.Weiner@mto.com

Adeel Mohammadi (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
Adeel.Mohammadi@mto.com

*Attorneys for Defendant Thomas Goldstein*