IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | *   **CRIMINAL NO. LKG-25-6** |
| v. | * |
| | * |
| **THOMAS C. GOLDSTEIN,** | * |
| | * |
| **Defendant.** | * |

\*\*\*\*\*\*\*\*

**[PROPOSED] ORDER GRANTING MR. GOLDSTEIN'S MOTION TO SEAL ATTACHMENT TO MOTION IN LIMINE**

Upon consideration of Defendant Thomas C. Goldstein's Motion To Seal Exhibit to Motion In Limine, it is hereby **ORDERED** that Mr. Goldstein's Motion is **GRANTED**. Pursuant to Local Rule 207.2, Exhibit A of his Motion to Preclude Evidence of Uncharged Misconduct and Other Character Evidence shall remain under seal.

Dated: _____

_____
HON. LYDIA KAY GRIGGSBY
United States District Judge