IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 25-cr-00006-LKG |
| ) | |
| THOMAS C. GOLDSTEIN, ) | Dated:  November 4, 2025 |
| ) | |
| Defendant. ) | |

## ORDER

On November 6, 2025, the Court will hold a hearing on the following pre-trial motions: (1) the Defendant's motion to invalidate certain orders suspending the statute of limitations (ECF No. 116); (2) the Defendant's motion to dismiss allegations for failure to allege affirmative act (ECF No. 120); (3) the Defendant's motion to dismiss allegations concerning employees (ECF No. 121); (4) the Defendant's motion for a bill of particulars (ECF No. 125); (5) the Defendant's motion to dismiss counts 15 through 19 (ECF No. 126); (6) the Defendant's motion to compel disclosure of *Brady* and grand jury materials (ECF No. 127); and (7) the Defendant's motion to permit him to sell the Hawthorne Property in order to fund his defense (ECF No. 166).  The Court will also hold an evidentiary hearing on the Defendant's motion to invalidate certain orders suspending the statute of limitations (ECF No. 116).

The parties shall adhere to the following time allotments for the presentation of their oral arguments on each of these motions:

| | |
|---|---|
| Opening arguments | 15 minutes |
| Response | 10 minutes |
| Rebuttal | 5 minutes |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge