# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) Dated: November 6, 2025 |
| Defendant. | ) |

## ORDER ON PRE-TRIAL MOTIONS

For the reasons stated during the hearing on the parties' pre-trial motions in the above-captioned criminal matter, held on November 6, 2025, the Court:

(1) **DENIES** the Defendant's motion to invalidate certain orders suspending the statute of limitations (ECF No. 116);

(2) **DENIES** the Defendant's motion to dismiss allegations for failure to allege affirmative acts (ECF No. 120);

(3) **HOLDS-in-ABEYANCE** the Defendant's motion to dismiss allegations concerning employees (ECF No. 122);

(4) **DENIES** the Defendant's motion for a bill of particulars (ECF No. 125);

(5) **DENIES** the Defendant's motion to dismiss Counts 15 through 19 of the Superseding Indictment (ECF No. 126);

(6) **DENIES** the Defendant's motion to compel disclose of *Brady* and Grand Jury material (ECF No. 127) **WITHOUT PREJUDICE**; and

(7) **DENIES** the Defendant's motion to permit him to sell the Hawthorne property to fund his defense (ECF No. 166).

A memorandum opinion consistent with this Order shall issue.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge