United States of America

vs.

Thomas G. Goldstein

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:59 pm, Nov 06 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____M.D.____ Deputy

Criminal No. LKG 25-cr-00006-1                    Government's Exhibits

| Exhibit No. | Identification | Admitted  | Description |
|---|---|---|---|
| 1  | 11/6/2025 | 11/6/2025 | Accardi Email Attaching "FBAR Timeline.x1sx" (7/24/23) |
| 2  | 11/6/2025 | 11/6/2025 | G&R Grand Jury Subpoena (12/6/23) |
| 3  | 11/6/2025 | 11/6/2025 | Defense Proffer (May 2021) |
| 4  | 11/6/2025 | 11/6/2025 | Walker Email re 2016 UCB Classifications (6/18/24) |
| 5  |  |  | 2d Decl. |
| 6  |  |  | 2d Order (5/7/24) |
| 7  |  |  | 3d App. |
| 8  |  |  | 3d Decl. |
| 9  |  |  | 3d Order (7/22/24) |
| 10 |  |  | 1st Order (10/27/23) |
| 11 |  |  | IRS Collections History, Annotated (Excerpt) |
| 12 |  |  | Goldstein MOI (10/14/20) |
| 13 |  |  | Email re Collections (3/11/19) |
| 14 |  |  | 2703(d) Order (10/11/23) |
| 15 |  |  | Accardi Special Agent Report & Appx. A (4/2/24) |
| 16 |  |  | Accardi Grand Jury Testimony (4/25/24) |
| 17 |  |  | 1st App. |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 18 | | | 1st Decl. |
| 19 | | | Walker Email re 2016 UCB Classifications (6/18/24) |
| 20 | | | Accardi Email re 2d 3292 Tolling (5/7/24) |
| 21 | | | Accardi Email re Gambler & UCB Loans (5/20/24) |
| 22 | | | Accardi Email Attaching 1st Decl. Edits (10/23/23) |
| 23 | | | Accardi Edits to 1st Decl. |
| 24 | | | Accardi Email Attaching 2d Decl. Edits (4/24/24) |
| 25 | | | Accardi Edits to 2d Decl. |
| 26 | | | Accardi Email Attaching 3d Decl. (7/22/24) |

Exhibit List (Rev. 3/1999)