United States of America

vs.

Thomas C. Goldstein

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
4:56 pm, Nov 06 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____M.D._____ Deputy

**Criminal No. LKG 25-cr-00006-1**              **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/6/2025 | 11/6/2025 | First Declaration |
| 2 | 11/6/2025 | 11/6/2025 | December 1, 2018 email from Goldstein to Levitan |
| 3 | 11/6/2025 | 11/6/2025 | Second Declaration |
| 4 | | | Second Application |
| 5 | | | Third Application |
| 6 | | | Third Declaration |
| 7 | | | Accardi Grand Jury Testimony |
| 8 | | | Proffer Deck |
| 9 | | | Superseding Indictment |
| 10 | | | September 22, 2016 email from Runkle to Leonard, et al. |
| 11 | | | December 28, 2016 email from Runkle to Leonard and Deyhle |
| 12 | | | February 13, 2019 email from Leonard to Levitan |
| 13 | | | March 8, 2019 email from Leonard to Levitan |
| 14 | | | September 23, 2018 email from Levitan |
| 15 | | | First Application |
| 16 | | | February 15, 2019 email from Levitan to Leonard |
| 17 | | | Form 433-A |

Exhibit List (Rev. 3/1999)