IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America<br>Plaintiff | * | |
| vs. | * | Case No.: LKG 25-cr-00006-1 |
| Thomas C. Goldstein<br>Defendant | * | |
| | * | |

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**

Motion/Evidentiary Hearing Exhibits

All Government's exhibits returned: 11/6/2025

**DEFENDANT'S EXHIBITS**

Motion/Evidentiary Hearing Exhibits

All Defendant's exhibits returned: 11/6/2025

Received the above listed exhibits this date:

Counsel for Government:
X _[signature]_

Counsel for Defendant(s):
X _[signature]_

Date: November 6, 2025

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits