IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 25-cr-00006-LKG |
| ) | |
| THOMAS C. GOLDSTEIN, ) | Dated:  November 6, 2025 |
| ) | |
| Defendant. ) | |
| ) | |

### AMENDED PRE-TRIAL SCHEDULING ORDER

The Court, in consultation with the parties, **MODIFIES** the Amended Pre-Trial Scheduling Order, dated July 10, 2025 (ECF No. 155), as follows:

| | |
|---|---|
| Pre-trial motions. | **May 16, 2025** |
| Responses to pre-trial motions. | **June 18, 2025** |
| Reply briefs. | **July 2, 2025** |
| Expert witness disclosures and Government's Rule 404(b) notice. | **September 12, 2025** |
| Hearing on pre-trial motions. | **September 24, 2025, at 10:00 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Motions *in limine* and *Daubert* motions. | **October 24, 2025** |
| Responses to motions *in limine* and *Daubert* motions; the Government's supplemental brief regarding the Defendant's motion to dismiss allegations concerning employees (ECF No. 122); and any additional pre-trial motions by the Defense. | **November 14, 2025** |
| Reply briefs to motions *in limine* and *Daubert* motions; the Defendant's responsive supplemental brief regarding the Defendant's | |

| | |
|---|---|
| motion to dismiss allegations concerning employees (ECF No. 122); and responses to any additional pre-trial motions by the Defense. | **November 21, 2025** |
| Hearing on motions *in limine* and *Daubert* motions. | **December 12, 2025, at 10:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Proposed voir dire; proposed jury instructions; and a proposed jury verdict form. In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, counsel shall meet and confer and, to the fullest extent possible, make a joint submission.  Counsel shall identify any matters of disagreement through supplemental filings. | **December 22, 2025** |
| Final pretrial status conference. | **January 9, 2026, at 2:00 p.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Jury selection. | **January 12, 2026, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Jury trial. | **January 13, 2026, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |

The Court will not modify the pre-trial schedule absent good cause shown.  And so, if any party wishes to modify the pre-trial schedule, that party shall **FILE** a motion with the Court explaining the basis for any requested modification.

In addition, the Court strongly encourages the Government to produce any *Jencks* material no later than two weeks before trial is scheduled to commence.

The government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge