IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| _____ | ) | |
| United States of America | ) | Criminal No. LKG-25-6 |
|  | ) | |
| v. | ) | |
|  | ) | |
| Thomas C. Goldstein, | ) | |
| Defendant. | ) | |
| _____ | | |

**NOTICE OF APPEAL**

     PLEASE TAKE NOTICE that Defendant in the above-captioned case hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Memorandum Opinion (ECF No. 237) entered November 18, 2025, and Order (ECF No. 215) entered November 6, 2025.

Dated: November 21, 2025

Respectfully submitted,

/s/ Jonathan I. Kravis
Jonathan I. Kravis (Bar No. 31556)
Stephany Reaves (Bar No. 19658)
Sarah E. Weiner (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
(202) 220-1100
Jonathan.Kravis@mto.com
Stephany.Reaves@mto.com
Sarah.Weiner@mto.com

Adeel Mohammadi (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
Adeel.Mohammadi@mto.com

*Attorneys for Defendant Thomas Goldstein*