IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 25-cr-00006-LKG |
| ) | |
| THOMAS C. GOLDSTEIN, ) | Dated: December 2, 2025 |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

On December 12, 2025, the Court will hold a hearing on the Defendant's remaining pre-trial motions and the parties' motions *in limine*. The Court intends to address these motions in the following Order:

**The Defendant's Motions to Dismiss:**

- Defendant's motion to dismiss allegations concerning employees (ECF Nos. 122, 230 and 246).
- Defendant's motion to dismiss the Superseding Indictment for prosecutorial misconduct (ECF No. 234).

**The Government's Motions in Limine:**

- Government's motion *in limine* for early disclosure of reliance defense (ECF No. 200).
- Government's motion *in limine* to preclude Defendant from offering argument or evidence concerning alleged deficiencies in the Government's investigation or disclosures (ECF No. 202).
- Government's motion *in limine* to preclude Defendant from introducing self-serving hearsay, his exculpatory statements, or agent interview summaries (ECF No. 203).
- Government's motion *in limine* to preclude improper arguments (ECF No. 204).
- Government's motion *in limine* to exclude opinions of Defendant's expert witness, Jason Trager (ECF No. 209).
- Government's motion *in limine* to exclude certain opinions of Defendant's expert witness, David Williams (ECF No. 208).
- Government's motion *in limine* to admit business records and exclude withheld defense evidence (ECF No. 207).

**The Defendant's Motions *in Limine*:**

- Defendant's motion *in limine* to exclude proposed expert testimony of Quoc Tuan Nguyen (ECF No. 205).
- Defendant's motion *in limine* to limit proposed expert testimony of Colleen Ranahan (ECF No. 206).
- Defendant's motion *in limine* to preclude evidence of uncharged misconduct and other character evidence (ECF No. 210).

***Ex Parte* Subpoena Matters:**

- Defendant's *ex parte* sealed motion to compel compliance with subpoena duces tecum (ECF No. 199).

The parties are encouraged to consolidate their oral arguments on these motions. The parties shall adhere to the following time allotments for the presentation of their oral arguments on the motions:

| | |
|---|---|
| Opening arguments | 15 minutes |
| Response | 10 minutes |
| Rebuttal | 5 minutes |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2