IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-25-6 |
| | * | |
| THOMAS C. GOLDSTEIN, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*

### GOVERNMENT'S PROPOSED VERDICT FORM

(1) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count One of the Indictment of Tax Evasion for calendar year 2016?

\_\_\_\_ Guilty            \_\_\_\_ Not Guilty

(2) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Two of the Indictment of Tax Evasion for calendar year 2017?

\_\_\_\_ Guilty            \_\_\_\_ Not Guilty

(3) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Three of the Indictment of Tax Evasion for calendar year 2018?

\_\_\_\_ Guilty            \_\_\_\_ Not Guilty

(4) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Four of the Indictment of Tax Evasion for calendar year 2021?

\_\_\_\_ Guilty            \_\_\_\_ Not Guilty

(5) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Five of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2016?

\_\_\_\_ Guilty            \_\_\_\_ Not Guilty

(6) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Six of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2016?

\_\_\_\_ Guilty            \_\_\_\_ Not Guilty

(7) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Seven of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2017?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(8) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Eight of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2017?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(9) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Nine of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2018?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(10) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Ten of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2018?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(11) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Eleven of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2019?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(12) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Twelve of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2019?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(13) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Thirteen of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2020?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(14) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Fourteen of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2021?

____ Guilty			____ Not Guilty

(15) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Fifteen of the Indictment of willful failure to timely pay taxes for calendar year 2016?

____ Guilty			____ Not Guilty

(16) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Sixteen of the Indictment of willful failure to timely pay taxes for calendar year 2017?

____ Guilty			____ Not Guilty

(17) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Seventeen of the Indictment of willful failure to timely pay taxes for calendar year 2019?

____ Guilty			____ Not Guilty

(18) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Eighteen of the Indictment of willful failure to timely pay taxes for calendar year 2020?

____ Guilty			____ Not Guilty

(19) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Nineteen of the Indictment of willful failure to timely pay taxes for calendar year 2021?

____ Guilty			____ Not Guilty

(20) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Twenty of the Indictment of making a false statement to a mortgage lending business, First Savings Mortgage Corporation, on or about February 24, 2021?

____ Guilty			____ Not Guilty

(21) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Twenty-One of the Indictment of making a false statement to a mortgage lending business, First Savings Mortgage Corporation, on or about March 1, 2021?

____ Guilty			____ Not Guilty

(22)   How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Twenty-Two of the Indictment of making a false statement to a mortgage lending business, NFM Lending, on or about September 29, 2021?

_____ Guilty             _____ Not Guilty

THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.

_____                    _____
Date                                            Foreperson