UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **United States of America,** ) | |
| ) | Case No. 25-CR-00006-LKG |
| ) | |
| v. ) | |
| ) | |
| **THOMAS C. GOLDSTEIN,** ) | |
| ) | |
| Defendant. ) | |

## NON-PARTY JOHN DOE 2'S MOTION TO SEAL HIS REPLY TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO HIS MOTIONS

Non-party John Doe 2 ("JD2"), through undersigned counsel, respectfully requests this Court to order that his Reply to the United States of America's (the "Government's") Response to JD2's Motions to Quash the Government's subpoena (ECF No. 294) and to Proceed Under a Pseudonym (ECF No. 291), be placed under seal. JD2 is filing simultaneously a redacted, public version of his Reply.

JD2 is a non-party to this action and remains unnamed in the Second Superseding Indictment. JD2's Reply contains sensitive personal information and information identifying him as an unnamed person in the Second Superseding Indictment, which also contains sensitive personal information that could be attributed to him.

Accordingly, pursuant to Local Rule 207.2, JD2 respectfully requests the Court to approve the filing of his Motion to Quash the Government's Subpoena under seal.

Dated: January 7, 2026   Respectfully submitted,

/s/ Elizabeth Hughes
Elizabeth Hughes (Fed. Bar #22653)
Hughes Law Firm, PLLC
1825 K Street, NW, Suite 950
Washington, DC 20005
(202) 903-5472
Elizabeth@hugheslawfirm.com

/s/ Donte Mills
Donte Mills (Fed. Bar # 4372116)
Mills Legal, LLC
14 Penn Plaza 20th Fl.
New York, NY 10122
(844) 2205099
dmills@millslegal.com
*Counsel for Non-Party John Doe 2*

## CERTIFICATE OF SERVICE

I certify on January 7, 2026, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system and served electronically upon all counsel of record.

/s/ Elizabeth Hughes, Esq.