IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) Criminal Case No. 25-cr-00006-LKG<br>) |
| THOMAS C. GOLDSTEIN, | ) Dated: January 9, 2026<br>) |
| Defendant. | )<br>)<br>) |

**ORDER**

On December 15, 2025, the Defendant filed a motion for leave to supplement expert disclosure. ECF No. 290. On December 18, 2025, the Defendant also filed a motion to exclude employee evidence. ECF No. 309. In addition, on January 6, 2026, the Government filed a motion *in limine* to admit certain of the Defendant's statements to *The New York Times* (Gov't Ex. 5) (ECF No. 327). These motions are fully briefed. ECF Nos. 290, 299, 309, 310, 319, 326, 327 and 335. The Government has also filed a motion to dismiss Counts Two through Six and Fifteen of the Second Superseding Indictment (ECF No. 337). A hearing was held on these motions on January 9, 2026.

For the reasons stated during the hearing, the Court:

(1) **GRANTS** the Defendant's motion to supplement expert disclosure (ECF No. 290);

(2) **DENIES** the Defendant's motion to exclude employee evidence (ECF No. 309) **WITHOUT PREJUDICE**;

(3) **DENIES** the Government's motion *in limine* to admit certain of the Defendant's statements to *The New York Times* (Gov't Ex. 5) (ECF No. 327); and

(4) **HOLDS-in-ABEYANCE** the Government's motion to dismiss Counts Two through Six and Fifteen of the Second Superseding Indictment (ECF No. 337), pending further briefing by the Defendant to be filed **on or before January 12, 2026**.

**IT IS SO ORDERED.**

                                                                           s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge