

U.S. Department of Justice

Criminal Division

VAA:CJS:TNB:JFC:jt

*Office of International Affairs*  Washington, D.C. 20530

January 3, 2024

<u>Via FedEx</u>
Stanley J. Okula, Jr.
Senior Litigation Counsel
Department of Justice—Tax Division
150 M Street, N.E., Rm. 2.124
Washington, D.C. 20002-3388

   Re: <u>Results in the Investigation of Thomas Che Goldstein; OIA Reference Number: CRM-182-90403 (please use when responding)</u>

Dear Mr. Okula:

 Pursuant to your request for assistance in the above-referenced matter, enclosed find evidence from Montenegro, consisting of bank records from Universal Capital Bank. This office is forwarding these materials as received and is not retaining a copy. The documents will require translation. Please review the material and advise within 30 days whether the evidence completes the execution of your request.

 Please confirm by email to International Affairs Specialist J'da Tyler at J'da.Tyler@usdoj.gov that you have received the enclosed evidence. If you have any questions, please do not hesitate to contact me at 202-616-3596, or Jason.Cunningham@usdoj.gov.

          Sincerely,

          Vaughn A. Ary
          Director

      By: *[signature]*

          Jason F. Cunningham
          Trial Attorney

Enclosure – Bank records from Universal Capital Bank

| | |
|---|---|
| **From:** | Tyler, J'da (CRM) <J'da.Tyler@usdoj.gov> |
| **Sent:** | Thursday, December 28, 2023 12:45 |
| **To:** | Gordon-Marvin, Emerson (TAX) |
| **Cc:** | Cunningham, Jason (CRM); Kibbe, Patrick (USAMD); Okula, Stan J. (TAX) |
| **Subject:** | RE: Thomas Che Goldstein CRM-182-90403 |
| **Importance:** | High |

Good afternoon,

Our office has received results regarding this request. Please confirm the address that you would like the results sent to.

Best,
J'da

---

**From:** Gordon-Marvin, Emerson (TAX) <Emerson.Gordon-Marvin@usdoj.gov>
**Sent:** Monday, September 25, 2023 10:52 AM
**To:** Tyler, J'da (CRM) <J'da.Tyler@usdoj.gov>
**Cc:** Cunningham, Jason (CRM) <Jason.Cunningham@usdoj.gov>; Kibbe, Patrick (USAMD) <PKibbe@usa.doj.gov>; Okula, Stan J. (TAX) <Stan.J.Okula@usdoj.gov>
**Subject:** RE: Thomas Che Goldstein CRM-182-90403

That's great news! Thank you so much.

Have a wonderful week,
Emerson

---

**From:** Tyler, J'da (CRM) <J'da.Tyler@usdoj.gov>
**Sent:** Monday, September 25, 2023 10:44 AM
**To:** Okula, Stan J. (TAX) <Stan.J.Okula@usdoj.gov>; Gordon-Marvin, Emerson (TAX) <Emerson.Gordon-Marvin@usdoj.gov>
**Cc:** Cunningham, Jason (CRM) <Jason.Cunningham@usdoj.gov>; Kibbe, Patrick (USAMD) <PKibbe@usa.doj.gov>
**Subject:** RE: Thomas Che Goldstein CRM-182-90403

Good morning,

This request has been transmitted to Montenegrin authorities. I've attached the final request to this email.

Best,
J'da