# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. LKG-25-0006** |
| **THOMAS C. GOLDSTEIN,** | |
| **Defendant.** | |

**DEFENDANT THOMAS C. GOLDSTEIN'S REVISED PROPOSED JURY
INSTRUCTION NO. 52 IN LIGHT OF GOVERNMENT'S MOTION TO DISMISS
<u>COUNTS 2-6 & 15 OF THE SECOND SUPERSEDING INDICTMENT</u>**

## INSTRUCTION NO. 52 (FALSE RETURNS – FIRST ELEMENT – DEFENDANT ADVISED OR ASSISTED IN THE PREPARATION OF A RETURN)

The first element that the government must prove beyond a reasonable doubt is that **Mr. Goldstein** advised or assisted in the preparation of a tax return that was subsequently filed with the Internal Revenue Service.

It is not required that the government prove that **Mr. Goldstein** actually prepared or signed the return in order to prove that he aided in its preparation. It is also not required that the government prove that **Mr. Goldstein** was aware of the false statements in the tax return itself. Instead, proof that **Mr. Goldstein** knowingly provided false information (or directions) with the expectation that the information he provided would be used to file a tax return is sufficient to satisfy this element.

**As to each count, you must agree unanimously on which particular act Mr. Goldstein took to advise or assist in the preparation of a materially false tax return. For example, on Count 7, if some of you were to find that the government has proved beyond a reasonable doubt that Mr. Goldstein advised or assisted in the preparation of a materially false tax return by [insert example based on evidence], and the rest of you were to find that the government has proved beyond a reasonable doubt that Mr. Goldstein advised or assisted in the preparation of a materially false tax return by [insert example based on evidence], then there would be no unanimous agreement on which act the government has proved. On the other hand, if all of you were to find that the government has proved beyond a reasonable doubt that Mr. Goldstein advised or assisted in the preparation of a materially false tax return by [insert example based on evidence], then there would be a unanimous agreement on which act the government proved.**

2

Sources:

1 Modern Federal Jury Instructions-Criminal P 59.04, Instruction 59-28 (2025) (second paragraph is from the "if applicable" language)

*United States v. Nealy*, 729 F.2d 961, 963 (4th Cir. 1984)

*United States v. Tipton*, 90 F.3d 861, 885 (4th Cir. 1996); *United States v. Sarihifard*, 155 F.3d 301, 310 (4th Cir. 1998); *United States v. Siragy*, 947 F.2d 943, *1 (4th Cir. 1991) (unpub.)