IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) ) | Dated: January 20, 2026 |
| Defendant. | ) ) ) | |

### ORDER

On January 18, 2026, the Government filed a motion to clarify that certain evidence from 2022-2025 is admissible. ECF No. 352. On January 19, 2026, the Defendant filed a response in opposition to the Government's motion. ECF No. 353. On January 20, 2026, the Court held a hearing on the Government's motion to clarify that certain evidence from 2022-2025 is admissible (ECF No. 352).

For the reasons stated during the January 20, 2026, hearing, the Court **GRANTS-in-PART and DENIES-in-PART** the Government's motion to clarify that certain evidence from 2022-2025 is admissible (ECF No. 352).

IT IS SO ORDERED.

    s/ Lydia Kay Griggsby
    LYDIA KAY GRIGGSBY
    United States District Judge