**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) ) | Dated: January 21, 2026 |
| Defendant. | ) ) ) | |

**ORDER**

On January 20, 2026, the Defendant filed a motion to exclude testimony by Jonathan Levitan regarding certain G&R employees. ECF No. 357. On January 21, 2026, the Defendant also filed a motion to exclude testimony regarding "redirected" fees of the Goldstein & Russell firm. ECF No. 358. On January 21, 2026, the Court held a hearing on the Defendant's motions.

For the reasons stated during the January 21, 2026, hearing, the Court:

(1) **GRANTS** the Defendant's motion to exclude testimony by Jonathan Levitan regarding certain G&R employees (ECF No. 357) and **EXCLUDES** Jonathan Levitan's testimony on the Defendant's relationship with the four women employees; and

(2) **DENIES** the Defendant's motion to exclude testimony regarding "redirected" fees of the Goldstein & Russell firm (ECF No. 358).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge