# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No. 25-cr-00006-LKG |
| | ) |
| THOMAS C. GOLDSTEIN, | ) Dated: January 29, 2026 |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

On January 24, 2026, the Defendant filed a motion to exclude allegations and evidence of uncharged acts of tax evasion. ECF No. 366. On January 26, 2026, the Defendant filed a motion for relief related to the Government's discovery violations. ECF No. 367. On January 28, 2026, the Court held a hearing on the Defendant's motions.

For the reasons stated during the January 28, 2026, hearing, the Court:

(1) **GRANTS-in-PART and DENIES-in-PART** the Defendant's motion to exclude allegations and evidence of uncharged acts of tax evasion (ECF No. 366); and

(2) **GRANTS-in-PART and DENIES-in-PART** the Defendant's motion for relief related to the Government's discovery violations (ECF No. 367).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge