### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, ) | Dated: January 30, 2026 |
| Defendant. ) | |

### ORDER

On January 27, 2026, the Defendant filed a motion to limit the presentation of cumulative evidence. ECF No. 375. On January 28, 2026, the Defendant filed a motion to exclude certain testimony. ECF No. 380. On January 29, 2026, the Court held a hearing on the Defendant's motions.

For the reasons stated during the January 29, 2026, hearing, the Court:

(1) **DENIES-in-PART** the Defendant's motion to limit the presentation of cumulative evidence (ECF No. 375) **WITHOUT PREJUDICE**; and

(2) **DENIES** the Defendant's motion to exclude certain testimony (ECF No. 380).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge