```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND
                    SOUTHERN DIVISION
_____
UNITED STATES OF AMERICA      )
                              )
     Plaintiff,               )
                              )
          vs.                 )Case Number
                              )8:25-cr-00006-LKG-1
THOMAS C. GOLDSTEIN           )
                              )
     Defendant.               )

             TRANSCRIPT OF JURY TRIAL - DAY 4
           BEFORE THE HONORABLE LYDIA K. GRIGGSBY
                UNITED STATE DISTRICT JUDGE
            THURSDAY, JANUARY 15, 2026 at 9:34 a.m.
```

APPEARANCES:

On Behalf of the Plaintiff:

    UNITED STATES ATTORNEY'S OFFICE - DOJ
    BY:  ADEYEMI ADENRELE, ESQUIRE
         SEAN BEATY, ESQUIRE
         SEAN GORDON-MARVIN, ESQUIRE
         HAYTER WHITMAN, ESQUIRE
    36 South Charles Street, Suite 400
    Baltimore, Maryland 21201
    (410) 209-4800

On Behalf of the Defendant:

    MUNGER, TOLLES & OLSON, LLP
    BY:  STEPHANY REAVES COUPER, ESQUIRE
         ADEEL MOHAMMADI, ESQUIRE
         JONATHAN I. KRAVIS, ESQUIRE
         SARAH WEINER, ESQUIRE
    601 Massachusetts Avenue NW, Suite 5E
    Washington, DC 20001
    (202) 220-1126

                        - - -

ALSO PRESENT:
        THOMAS C. GOLDSTEIN, DEFENDANT
        JIMMY MENDOZA, PARALEGAL
        ANDREW ACCARDI, SPECIAL AGENT FBI
  ***COMPUTER AIDED TRANSCRIPTION OF STENOTYPE NOTES***

I N D E X

**GOVERNMENT'S TESTIMONY:**

| WITNESSES | DIRECT | CROSS | REDIRECT |
|---|---|---|---|
| KEITH GIPSON | 89 | 137 | 163 |
| ALEC GORES | 166 | 189 | 198 |
| ANDREW McBRIDE | 201 | 214 | 217 |

- - -

1    So, if Mr. Goldstein was playing poker at the end of 2016,
2 but the loser did not pay him until 2017, that's accounted for
3 in taxes for 2017, not in 2016.
4    So the evidence is going to show that even if you know the
5 gambling wins -- that's what the government will talk about --
6 you have to know the losses.  You have to know the shares.  You
7 have to know when payment was received in order to be able to
8 accurately calculate how much a person owes on their gambling
9 taxes.  And the evidence is going to show that the government
10 just doesn't have that right.  They don't know what the correct
11 calculations were.  They were never looking for the correct
12 calculations, and so the government has it wrong.
13    And the other thing you're going to hear about the 2016
14 tax return and the 2016 gambling taxes, is that the accountants
15 at GRF, the accounting firm, reached out to Mr. Goldstein at
16 the very last minute to put all of this together.
17    They may have also oversimplified what the process was.
18 You'll see the time that Mr. Goldstein needed to file his 2016
19 tax return, he was traveling all over the country and all over
20 the world for work.  And so he did his best in good faith to
21 give his accountant the information that he asked for.
22    But it turns out the accountant didn't ask the right
23 questions, didn't put it down on the tax return correctly,
24 didn't go over the return with Mr. Goldstein before it was
25 filed.  So a couple years later, when the government is talking

1  about supposedly false statements he made, you're going to see
2  how that stems from the errors from the accountant and them not
3  knowing how to properly record these taxes.  The government's
4  investigation ignored all of this and it is not going to show
5  that Mr. Goldstein acted willfully to hide anything in 2016.
6      I want to talk about GRF, the accounting firm.  This is
7  the next biggest set of charges that Mr. Goldstein faces.  It's
8  accusations not that he filed a false tax return, that he aided
9  and assisted in the preparation of a false tax return.
10     And you're going to see how the errors on the tax returns
11 stem from the work of the accounting firm.  Now, the evidence
12 shows that this charge makes no sense.  Every year the
13 accountants at this accounting firm, GRF, prepared
14 Mr. Goldstein's taxes.
15     It was their responsibility to ask for the documents that
16 they needed to prepare the taxes properly.  And the way it
17 worked was they talked to Mr. Goldstein's office managers, who
18 are also the personal assistants.  And, of course, if there
19 were questions that Mr. Goldstein needed to answer, he would
20 answer them and he would answer them accurately.  But the
21 evidence is going to show there is a series of errors or
22 mistakes.  This not a willful crime.
23     To understand how this happened, I want to just make sure
24 that you have a preview of how the law firm worked because
25 you're going to hear from these people at different points in

1  time.
2       So Goldstein & Russell, small law firm, there are a
3  handful of attorneys.  It is a collegial but informal
4  environment.  They didn't have established systems for things
5  like invoices.  And they were okay with that because it was
6  such a small firm.
7       Now, instead of hiring an in-house accountant, again, it's
8  a small firm, they had firm managers who were also
9  Mr. Goldstein's personal assistants.  And so they did mostly
10 administrative tasks, but they were the ones that communicated
11 with GRF, the accounting firm.  And the bookkeeping was
12 outsourced to GRF.  So they are the people who controlled the
13 accounting books.  They are the people who also prepared
14 Mr. Goldstein's tax returns.
15      Not a single one of the people who worked at Goldstein &
16 Russell with Mr. Goldstein are going to say that he lied to
17 them about how to report a deduction or income, that he
18 falsified records, that he hid anything from them.  He did not.
19      The other thing that you have to understand about
20 Goldstein & Russell is that, despite the name, Mr. Goldstein
21 was the only owner of this law firm.  And what that means is
22 that he was entitled to all of the money in the bank accounts.
23 It wasn't illegal or a crime for him to be using firm money for
24 his personal payments.  He was allowed to use all of the
25 personal money.