# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 8:25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) ) | Dated:  February 10, 2026 |
| Defendant. | ) ) ) | |

## ORDER

On February 7, 2026, the Government filed a motion in limine to admit defendant's failure to file tax returns from 2022 to 2024.  ECF No. 400.  On February 9, 2026, the Court held a hearing on the motion.

For the reasons stated during the February 9, 2026, hearing, the Court **DENIES** the Government's motion in limine to admit defendant's failure to file tax returns from 2022 to 2024 (ECF No. 400).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge