# EXHIBIT B

## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 8 | Date Range: 10/11/2018 |

### Outline of Conversations

💬  **89308144 - 2018-10-11** • 8 messages on 10/11/2018 • Tom Goldstein (+) • user89308144

**Messages in chronological order** (times are shown in GMT +00:00)

### 89308144 - 2018-10-11

**TG** — Tom Goldstein (+███████)  10/11/2018, 7:39 PM



**TG** — Tom Goldstein (+███████)  10/11/2018, 7:45 PM
Do you happen to know whether the remainder of the loan will be ok with Richard? Apologies for the bother. Just got another communication from the IRS.

**U** — user89308144  10/11/2018, 7:47 PM
We are all losing a lot . I will see what can be done on Monday .

**U** — user89308144  10/11/2018, 7:47 PM
Will another million be enough ?

**U** — user89308144  10/11/2018, 7:47 PM
TD lost huge past week

**TG** — Tom Goldstein (+███████)  10/11/2018, 8:14 PM
I'm so sorry. The $1m you already lent to me is of course very kind. Doing another $1m is extremely generous too. If it's possible, I'm obviously incredibly grateful. My situation will be the same in terms of what I owe. So I likely would come back towards the end of the year just in case the circumstances are better for you. But of course, I'm grateful for whatever is possible for you and ask for nothing else. Many thanks.

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 9/1/2017 |

**Outline of Conversations**

 **89308144 - 2017-09-01** • 2 messages on 9/1/2017 • Tom Goldstein (+) • user89308144

**Messages in chronological order** (times are shown in GMT +00:00)

### 89308144 - 2017-09-01

**Tom Goldstein** (+█████████) — 9/1/2017, 12:12 AM

Paul,

Here is the state of things, both with respect to your questions and collateral issues.

**REDACTED--Attorney-Client Privilege**

Thank you

**user89308144** — 9/1/2017, 11:12 AM

Ok, Thanks