FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

FEB 2 7 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC                    DEPUTY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Civil No.: LKG 25-0006 |
| THOMAS GOLDSTEIN | * | |
| Defendants | * | Defendants |
| | ****** | |

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**                   **DEFENDANTS' EXHIBITS**

_____            _____
_____            _____
_____            _____
_____            _____

All Government's exhibits                   All Defendants' exhibits
returned: _____                   returned: _____

Received the above listed exhibits this date:

Counsel for Government:                     Counsel for Defendants:
X _____/s/_____                     X _____/s/_____
    HAYTER LAMAR WHITMAN                        Sarah Weiner

Date: February 19, 2026