## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) | Dated: March 3, 2026 |
| Defendant. | ) | |

### ORDER

The parties shall participate in a telephonic status conference on **Thursday, March 5, 2025, at 4:00 p.m. Eastern Time**.

The telephonic status conference will be held *via* WebEx Teleconferencing. The Court will provide the parties *via* email with a call-in number and an access code. Participating on the call will be counsel of record for each party.

For Government:   **Adeyemi Adenrele**
DOJ-USAO
36 South Charles Street, Ste 400
Baltimore, MD 21201
410-209-4800
Email: adeyemi.adenrele@usdoj.gov

**Sean Beaty**
DOJ-Tax
Ces-S
150 M Street, NE – Ste 1.204
Washington, DC 20002
202-616-2717
Email: sean.p.beaty@usdoj.gov

**Hayter Lamar Whitman**
DOJ-Tax
Tax Division, Criminal Enforcement Sections
150 M St NE
Washington, DC 20002
202-307-1990
Email: hayter.whitman@usdoj.gov

|  |  |
|---|---|
|  | **Sean Gordon-Marvin**<br>DOJ-Tax - Tax Section<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>202-598-7011<br>Email: emerson.gordon-marvin@usdoj.gov |
| For Defendant Thomas Goldstein: | **Stephany Reaves Couper**<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue NW, Suite 5E<br>Washington, DC 20001<br>202-220-1126<br>stephany.reaves@mto.com |
|  | **Jonathan I. Kravis**<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue NW, Suite 5E<br>Washington, DC 20001<br>202-220-1130<br>Jonathan.kravis@mto.com |
|  | **Adeel Mohammadi**<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>213-683-9543<br>adeel.mohammadi@mto.com |
|  | **Sarah Weiner**<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Ave. NW, Suite 500E<br>Washington, DC 20001<br>2022201141<br>Email: Sarah.Weiner@mto.com |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
