_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

FEB 2 7 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC                    DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-25-6 |
| | * | |
| THOMAS C. GOLDSTEIN, | * | |
| | * | |
| Defendant. | * | |
| | * | |

*******

## VERDICT FORM

## VERDICT FORM

(1) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count One of the Indictment of Tax Evasion for calendar year 2016?

   ✓ Guilty        ____ Not Guilty

(2) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Two of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2017?

    ____ Guilty        ✓ Not Guilty

(3) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Three of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2017?

    ✓ Guilty        ____ Not Guilty

(4) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Four of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2018?

    ____ Guilty        ✓ Not Guilty

(5) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Five of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2018?

    ____ Guilty        ✓ Not Guilty

(6) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Six of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2019?

    ____ Guilty        ✓ Not Guilty

(7) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Seven of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2019?

    ✓ Guilty        ____ Not Guilty

(8) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Eight of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2020?

__✓__ Guilty          _____ Not Guilty

(9) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Nine of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2021?

__✓__ Guilty          _____ Not Guilty

(10)   How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Ten of the Indictment of willful failure to timely pay taxes for calendar year 2017?

__✓__ Guilty          _____ Not Guilty

(11)   How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Eleven of the Indictment of willful failure to timely pay taxes for calendar year 2019?

__✓__ Guilty          _____ Not Guilty

(12)   How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Twelve of the Indictment of willful failure to timely pay taxes for calendar year 2020?

__✓__ Guilty          _____ Not Guilty

(13)   How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Thirteen of the Indictment of willful failure to timely pay taxes for calendar year 2021?

__✓__ Guilty          _____ Not Guilty

(14)   How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Fourteen of the Indictment of making a false statement to a mortgage lending business, First Savings Mortgage Corporation, on or about February 24, 2021?

__✓__ Guilty          _____ Not Guilty

(15)    How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Fifteen of the Indictment of making a false statement to a mortgage lending business, First Savings Mortgage Corporation, on or about March 1, 2021?

　✓ Guilty　　　　　_____ Not Guilty

(16)    How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Sixteen of the Indictment of making a false statement to a mortgage lending business, NFM Lending, on or about September 29, 2021?

　✓ Guilty　　　　　_____ Not Guilty

THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.

2/25/26
_____
Date

4