FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

FEB 27 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC _____ DEPUTY

## SPECIAL FORFEITURE VERDICT FORM

Do you unanimously find by a preponderance of the evidence that the government established the requisite nexus between the real property at 4323 Hawthorne Street NW, Washington, DC 20016 and Mr. Goldstein's commission of the offense described in count 16?

YES_____    NO___✓___

2/26/26
Date