**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated: March 25, 2026 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On March 2, 2026, Bloomberg Industry Group, Inc. ("Bloomberg Law") submitted an application for the disclosure of the full names of the jurors in the above-captioned criminal matter.  The Court held a jury trial in the case from January 12, 2026, to February 26, 2026. ECF Nos. 348, 349, 350, 351, 356, 359, 361, 379, 384, 392, 393, 394, 398, 404, 409, 413, 415, 423, 429, 432, 451, 454 and 456.  During the trial, the case received significant public attention and coverage by the news media, both locally and nationally.

The Court's policy with regards to the disclosure of juror information provides that:

> Effective September 26, 2001, the U.S. District Court for the District of Maryland adopts the following policy concerning the disclosure of juror information:
>
> - All requests (from whatever source) for juror information in a particular case will be referred to the judge who is handling the case.
> - All determinations of whether to disclose juror information upon request shall be made by the judge handling the case in accordance with *In re Baltimore Sun Company*, 841 F.2d 74 (4th Cir. 1988), and other applicable law.  If a decision is made to disclose the information, the jurors shall be notified as promptly as possible.[1]

The Court's Jury Plan also provides that:

> Identifying information, including but not limited to, names, addresses, and employment of prospective jurors and sitting petit and grand jurors shall be maintained as confidential and shall be disclosed only to the extent permitted by Order of the Court.  Any

---

[1] The Disclosure of Juror Information, https://www.mdd.uscourts.gov/disclosure-juror-information (last visited Mar. 20, 2026).

request for access to the said information shall be made to the Chief Judge who shall refer the request to the judge presiding over the pertinent proceeding or, if necessary, to another judge.[2]

In *In re Baltimore Sun Company*, the United States Court of Appeals for the Fourth Circuit held that, "[a]fter a jury has been seated, . . . the names of those jurors are just as much a part of the public record as any other part of the case . . . ." 841 F.2d 74, 75 (4th Cir. 1988). In reaching this conclusion, the Fourth Circuit recognized "the difficulties which may exist in highly publicized trials . . . and the pressure upon jurors." *Id*. at 76. But the Fourth Circuit concluded that "the risk of loss of confidence of the public in the judicial process is too great to permit a criminal defendant to be tried by a jury whose members may maintain anonymity." *Id*.

Given this, the Court concludes that the disclosure of the names of the jurors in this criminal matter is required under *In re Baltimore Sun Company.* In reaching this conclusion, the Court is mindful of the important privacy interest of the jurors and their family members, and the understandable concerns that may arise with regards to the public disclosure of the names of the jurors in connection with this high-profile case. In light of the foregoing, the Court:

(1) **GRANTS** Bloomberg Law's application for disclosure;

(2) **DIRECTS** the Clerk of the Court to provide a copy of this Order to all jurors **at least 48 hours** in advance of the disclosure of the juror names to Bloomberg Law; and

(3) **DIRECTS** the Clerk of the Court to **DISCLOSE** the names of the jurors in the above-captioned criminal matter to Bloomberg Law after this Order has been sent to all jurors.

It is further **ORDERED** that any additional applications for juror information related to this case shall be submitted to the Clerk of the Court.

 **IT IS SO ORDERED.**

        s/ Lydia Kay Griggsby
        LYDIA KAY GRIGGSBY
        United States District Judge

---

[2] Plan of the United States District Court for the District of Maryland for the Random Selection of Grand and Petit Jurors, https://www.mdd.uscourts.gov/sites/mdd/files/JuryPlan.pdf (last visited Mar. 20, 2026) (section titled "XVII Confidentiality"); *see also* L.R. 502 (D. Md. 2025) (adopting the Jury Selection Plan).