**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated:  April 2, 2026 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SCHEDULING ORDER

On March 31, 2026, the Government filed a motion for an extension of time to respond to the Defendant's post-trial motions.  ECF No. 493.  In that motion, the Government states that good cause exists to grant its motion due to the volume of the Defendant's briefing and the previously granted extensions for the Defendant to file his post-trial motions.  *Id.* at 1.  On April 1, 2026, the Defendant filed a brief in opposition to the Government's motion for extension of time.  ECF No. 496.

In light of the foregoing, and for good cause shown, the Court: (1) **GRANTS** the Government's motion for extension of time (ECF No. 493) and (2) **DIRECTS** the parties to adhere to the following schedule for the remaining briefing of the Defendant's post-trial motions:

| | |
|---|---|
| Government's response in opposition to motions under Rule 29 and 33. | **May 15, 2026** |
| Defendant's reply. | **May 27, 2026** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge