**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated:  April 2, 2026 |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER ON THE DEFENDANT'S MOTION TO MODIFY CONDITIONS

On March 27, 2026, the Defendant filed a motion to modify the conditions of his release pending sentencing.  ECF No. 491.  In the motion, the Defendant requests that the Court modify his release conditions, to allow him to relocate to an apartment located in either the District of Maryland or the District of Columbia, or to his parents' residence located in South Carolina.  *Id.* at 1.  The Defendant states that he makes this request, because he is no longer able to share a residence with his spouse and custodian, Ms. Amy Howe.  *Id.* at 2.  All other conditions of the Defendant's release would remain in place.  *See id.*

The Probation and Pretrial Services Office for the District of Maryland has informed the Court that it does not object to the Defendant's motion.  *See, e.g.*, *id.* at 1; ECF No. 495 at 3.  But the Government opposes the Defendant's motion and argues that the proposed modification would not ensure the Defendant's appearance at the sentencing hearing scheduled in this criminal matter.  ECF No. 492 at 2–5.

Pursuant to 18 U.S.C. § 3143(a)(1), the Court shall release a criminal defendant pending sentencing based on a finding, "by clear and convincing evidence," that the person is not likely to flee or pose a danger to the safety of any other person or the community."  18 U.S.C. § 3143(a)(1).  Here, the requested modification to the Defendant's conditions of release would not alter any of the safeguards that the Court has imposed to mitigate his risk of flight, including location monitoring and the surrender of his passport.  Given this, and the fact that the Probation and Pretrial Services Office does not oppose the requested modification, the Court will permit the Defendant to relocate to an apartment located in the District of Maryland, while remaining subject to all other conditions of his release, pending the sentencing hearing in this case.  And so, it is hereby **ORDERED** that:

(1)    The Defendant's motion to modify conditions of release (ECF No. 491) is **GRANTED**;

(2)    The Defendant may transfer his residence to a new location within the District of Maryland;

(3)    The Defendant shall **NOTIFY** the Court and the Office of Pretrial Services of the specific location of his new residence and when the Defendant intends to relocate to that residence, **on or before April 9, 2026**; and

(4)    Mr. Tejinder Singh shall serve as the Defendant's non-resident custodian.

All other conditions of release previously imposed by the Court on February 26, 2026, including location monitoring, **SHALL REMAIN** in place.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

2