IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-25-6 |
| | * | |
| THOMAS C. GOLDSTEIN, | * | |
| | * | |
| Defendant. | * | |
| | ******** | |

**DEFENDANT THOMAS C. GOLDSTEIN'S RESPONSE TO GOVERNMENT'S
OPPOSITION TO MOTION TO CONTINUE SENTENCING**

The government's belated opposition[1] continues its troubling pattern of reckless and false allegations about Mr. Goldstein.  The government asserts that the gambling income reported on Mr. Goldstein's 2025 tax return "call[s] into question…his compliance with release conditions barring gambling and engaging in financial transactions without first notifying Pretrial Services." ECF No. 500, at 2.  That allegation has nothing to do with the substance of the defense motion to continue sentencing, but because it concerns Mr. Goldstein's release conditions, the defense finds it necessary to respond.[2]

As the government could have easily discovered from documents in its possession, this allegation is false.  Mr. Goldstein's bank records show that the gambling winnings in question were deposited in his account *before* Mr. Goldstein was even arraigned—and so before release

---

[1] The defense filed its motion (ECF No. 489) on March 25, 2026. The government's response was therefore due on April 8, 2026. Nonetheless, the government did not respond until May 6.

[2] The allegation was also reported in the press.  *See, e.g.*, Holly Barker, "Prosecutors Suggest Goldstein Gambled While on Pretrial Release," *Bloomberg Law* (May 7. 2026), *available at https://news.bloomberglaw.com/litigation/prosecutors-suggest-goldstein-gambled-while-on-pretrial-release.*

1

conditions were imposed in this case.  And this gambling activity was disclosed to Pretrial Services, as reflected on page 3 of the January 27, 2025 Pretrial Services Report, another document in the government's possession.  After the government filed its opposition, the defense requested the government's evidence showing that Mr. Goldstein violated these release conditions in 2025—the government has not responded.  In fact, Mr. Goldstein has been fully compliant with his release conditions since they were imposed, including the conditions that he not gamble and that he disclose certain financial transactions to Pretrial Services.

The government's suggestion that this single transaction also "call[s] into question" Mr. Goldstein's "repeated claims that he could not pay his attorneys," *id.*, is equally without merit. The government and Pretrial Services have access to Mr. Goldstein's financial records, including the bank statements for the account that received these funds.  Those statements show that Mr. Goldstein's representations to the Court about his financial condition are accurate.

Of course, all this has nothing to do with the substance of the defense motion, which requested a continuance of the sentencing date in light of the significant issues raised by the defense post-trial motion and draft PSR objections, as well as defense counsel's June 1 trial.  On that issue, the government has little to say, other than to raise the obviously-implausible suggestions that defense counsel should leave an ongoing trial to fly across the country to participate in the sentencing hearing or that the defendant should be sentenced without his lead counsel present.

In light of the substantial post-trial issues pending before the Court and defense counsel's trial schedule, the defense respectfully requests that the Court continue sentencing in this case.

2

Dated: May 11, 2026

Respectfully submitted,

/s/ *Jonathan I. Kravis*
Jonathan I. Kravis (Bar No. 31556)
LIU SHUR KRAVIS LLP
607 14th Street N.W., Suite 625
Washington, D.C. 20005
Telephone:    (202) 240-7100
jonathan.kravis@lskllp.com

Stephany Reaves (Bar No. 19658)
Sarah E. Weiner (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
(202) 220-1100
Jonathan.Kravis@mto.com
Stephany.Reaves@mto.com
Sarah.Weiner@mto.com

Adeel Mohammadi (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
Adeel.Mohammadi@mto.com

*Attorneys for Defendant Thomas Goldstein*

3