**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated:  May 11, 2026 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ON THE DEFENDANT'S MOTION TO CONTINUE SENTENCING**

On March 25, 2026, the Defendant, Thomas C. Goldstein, filed a motion to continue sentencing, pending a ruling on his motion for acquittal, or, in the alternative, for a new trial (ECF No. 487), upon the grounds that: (1) this motion raises legal and factual issues that could impact sentencing; (2) he has raised certain objections to the Presentence Investigation Report; (3) lead Defense Counsel expects to be in trial on June 16, 2026; and (4) he has been fully compliant with his release conditions.  ECF Nos. 489 and 499.  On May 6, 2026, the Defendant filed a supplemental filing in support of his motion to continue sentencing.  ECF No. 499.  On May 6, 2026, the Government filed a response in opposition to the Defendant's motion.  ECF No. 500.  On May 11, 2026, the Defendant filed a reply brief.  ECF No. 501.

On March 5, 2026, the Court, in consultation with the parties, scheduled the sentencing hearing in this criminal matter to be held on June 16, 2026.  ECF Nos. 468 and 469.  The Court has also granted both parties' requests for extensions of time to complete the briefing of the Defendant's motion for acquittal, or, in the alternative, for a new trial.  ECF Nos. 477, 482, 493 and 497.  While this motion is not yet fully briefed, the Court is satisfied that the motion can be resolved before the Court holds the scheduled June 16, 2026, sentencing hearing.  And so, the Defendant has not shown good cause to continue sentencing.

In light of the foregoing, the Court:

(1) **DENIES** the Defendant's motion to continue sentencing pending a ruling on ECF No. 487 (ECF Nos. 489 and 499); and

(2)  **ORDERS** that the sentencing hearing and hearing on the Defendant's motion for judgment of acquittal, or, in the alternative, for a new trial begin at **9:30 a.m.**, **on June 16, 2026, in Courtroom 4C of the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge