IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA )
)
    Plaintiff, )
)
       vs. )Case Number
)8:25-cr-00006-LKG-1
THOMAS C. GOLDSTEIN )
)
    Defendant. )

TRANSCRIPT OF JURY TRIAL - DAY 8
BEFORE THE HONORABLE LYDIA K. GRIGGSBY
UNITED STATE DISTRICT JUDGE
WEDNESDAY, JANUARY 28, 2026 at 11:40 a.m.

APPEARANCES:

On Behalf of the Plaintiff:

       UNITED STATES ATTORNEY'S OFFICE - DOJ
       BY:   ADEYEMI ADENRELE, ESQUIRE
           SEAN BEATY, ESQUIRE
           SEAN GORDON-MARVIN, ESQUIRE
           HAYTER WHITMAN, ESQUIRE
       36 South Charles Street, Suite 400
       Baltimore, Maryland 21201
       (410) 209-4800

On Behalf of the Defendant:

       MUNGER, TOLLES & OLSON, LLP
       BY:  STEPHANY REAVES COUPER, ESQUIRE
           ADEEL MOHAMMADI, ESQUIRE
           JONATHAN I. KRAVIS, ESQUIRE
           SARAH WEINER, ESQUIRE
       601 Massachusetts Avenue NW, Suite 5E
       Washington, DC 20001
       (202) 220-1126

- - -

ALSO PRESENT:
       THOMAS C. GOLDSTEIN, DEFENDANT
       JIMMY MENDOZA, PARALEGAL
       ROBERT RESTO, PARALEGAL (after lunch break)
  ***COMPUTER AIDED TRANSCRIPTION OF STENOTYPE NOTES***

INDEX

**GOVERNMENT'S TESTIMONY:**

| WITNESSES | DIRECT | CROSS | REDIRECT | RECROSS |
|-----------|--------|-------|----------|---------|
| VIVEK RAJKUMAR | | | | |
| TOBIAS MAGUIRE | | | | |
| YVETTE PARRISH | | | | |

- - -

Don't need the split screen actually. If we can go to Government Exhibit 4, page 433. Government Exhibit 4, I'm learning we're missing a Government Exhibit 4 on this version of On Queue. In the meantime, could we go back to Exhibit 19 or -- while someone queues up Government Exhibit 4, on Government Exhibit 19, if we go look at page 27.

**BY MR. GORDON-MARVIN:**

**Q.** Looking down here and zooming in on this last action date, December 6, 2018, it says "results, a payment was mailed to RO in the amount of $954,119.02 from Wells Fargo."

**A.** Uh-hum.

**Q.** Was this a voluntary payment or was it a levy that was coming from Wells Fargo?

**A.** That was a levy.

**Q.** Are levies made voluntarily? Are they paid voluntarily by the taxpayer?

**A.** No.

**Q.** If we go back to Government Exhibit 73, page 6. Looking on the lower half, there is a number of charges for 20,000 or $40,000 that are labeled "penalty for late payment of tax." This might be sort of self-evident, but when is this penalty applied?

**A.** The penalties are applied the day after the tax is due.

**Q.** And what is that penalty applied for?

**A.** It can be applied for failure to pay timely or it could be