

Lyle
1731 New Hampshire Ave N.W.
Washington, DC 20009
(202)964-6790

1002  Diego                           2
----------------------------------------
CHK  3960        TBL  105/1
                         GST  3
          TBL 3
     9/30/2025 6:56 PM
----------------------------------------
1 Monkey                        24.00
   Up                            2.00
1 Diet Coke                      5.00
1 Pineapple Mezcalita           16.00
1 HH Cheddar Biscuits           12.00
1 HH Calamari                   13.00
1 Meatballs                     16.00
1 HH Oysters 12                 28.00
2 Lemon Drop                    32.00

  Subtotal                    $148.00
  Other                        $37.20
  Tax                          $14.80
  Payment                     $200.00
Change  Due  .          $0.00
  Charge Tip                   $37.20
  MASTERCARD                  $200.00
  XXXXXXXXXXXX7793
  8004/F&B Mastercard

----------- Check Closed -----------
     9/30/2025 10:36 PM


Check #   : 3960
Table # - : 105
Employee  : 1002 - Diego
          9/30/2025 9:37 PM


Trans Time: 09/30/2025 09:37 PM
TID       : 774701360009
Trans Type: Purchase
MASTERCARD: XXXXXXXXXXXX7793
Entry Mode: Chip
CVM       : SIGN
Invoice   : 2587265023
Response  : APPROVED
Auth Code : 01369Z
AID       : A0000000041010
TVR       : 0000008000
IAD       :
0210A04003220000000000000000000000000FF
TSI       : E800
ARC       : Z3

Amount    : USD $162.80

Tip       : ___3220___

Total     : ___200___


SIGNATURE GOLDSTEIN/THOMAS

      *** MERCHANT COPY ***


   Thank you for dining with us!



```
                    Lyle
          1731 New Hampshire Ave N.W.
            Washington, DC 20009
               (202)964-6790
1002  Diego                            1
-----------------------------------------
CHK  3974              TBL  3/1
                           GST  1
          9/30/2025 8:40 PM
-----------------------------------------
1 Lemon Drop                   16.00
1 Bourbon Buzz                 16.00
1 Benton Lane Pinot            15.00

  Subtotal                   $47.00
  Other                      $10.30
  Tax                         $4.70
  Payment                    $62.00
Change  Due                  $0.00
  Charge Tip                 $10.30
  MASTERCARD                 $62.00
  XXXXXXXXXXXXX7793
  8004/F&B Mastercard

----------- Check Closed -----------
        9/30/2025 10:36 PM
```

```
Check #    : 3974
Table #    : 3
Employee   : 1002 -  Diego
             9/30/2025 8:41 PM


Trans Time: 09/30/2025 08:41 PM
TID        : 774701360009
Trans Type: Purchase
MASTERCARD: XXXXXXXXXXXXX7793
Entry Mode: Chip
CVM        : SIGN
Invoice    : 2587261660
Response   : APPROVED
Auth Code  : 03240Z
AID        : A0000000041010
TVR        : 0000008000
IAD        :
0210A04003220000000000000000000000000FF
TSI        : E800
ARC        : Z3

Amount     : USD $51.70

Tip        :    1030

Total      :    62-


_____
SIGNATURE GOLDSTEIN/THOMAS

         *** MERCHANT COPY ***



     Thank you for dining with us!
```

2



