**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated:  June 8, 2026 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SCHEDULING ORDER**

On June 3, 2026, the Defendant filed a motion for extension of time to file response/reply to the Government's sentencing memorandum and to continue the sentencing hearing scheduled for June 16, 2026.  ECF No. 522.  On June 7, 2026, the Government filed a response in opposition to the Defendant's motion.  ECF No. 524.  On June 8, 2026, the Defendant filed a reply brief.  ECF No. 525.

Having considered the Defendant's motion, and the response in opposition thereto, and the Defendant's reply brief, and for good cause shown, the Court:

(1) **GRANTS** the Defendant's motion for extension of time to file response/reply and to continue sentencing hearing (ECF No. 522);

(2) **MODIFIES** the March 6, 2026, Regular Sentencing Order (ECF No. 469) as follows:

   a. The Defendant shall **FILE** any opposing or responding memoranda **on or before June 23, 2026**;

   b. The Government shall **FILE** any reply **on or before June 30, 2026**; and

   c. The sentencing hearing will begin at **9:30 a.m.**, **on July 24, 2026, in Courtroom 4C of the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.**

No further extensions will be granted for the parties' response and reply briefs.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge