**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     ) | |
| v.    ) | Criminal Case No. 25-cr-00006-LKG |
|     ) | |
| THOMAS C. GOLDSTEIN,    ) | Dated:  June 8, 2026 |
|     ) | |
|     Defendant.    ) | |
|     ) | |

**<u>ORDER</u>**

The Court has scheduled a hearing on the Defendant's renewed motion for judgment of acquittal or, in the alternative a new trial on **June 16, 2026**.  The parties shall adhere to the following time allotments for the presentation of their oral arguments on the motion:

> The Defendant's Opening Argument, **30** minutes
>
> The Government's Response, **30** minutes; and
>
> The Defendant's Rebuttal, if any, **15** minutes.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge