**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated: June 16, 2026 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On February 1, 2026, the Government filed a motion for reconsideration of the Court's finding of a *Brady* violation in the above-captioned criminal matter, and a motion to seal that motion and the exhibits attached thereto. ECF Nos. 389 and 390. Having carefully considered the Government's motion for reconsideration and motion to seal, and the Defendant's responses in opposition thereto, and for the reasons previously stated by the Court, the Court: (1) **DENIES** the Government's motion for reconsideration (ECF No. 390) and (2) **GRANTS-in-PART** the Government's motion to seal (ECF No. 389).

The Government shall **FILE** a redacted, public version of its motion for reconsideration, and the exhibits attached thereto, that redacts any information that is protected from disclosure pursuant to Fed. R. Crim. P. 6(e), **on or before June 23, 2026**.

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge

1