**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated: June 16, 2026 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On March 24, 2026, the Defendant filed a renewed motion for judgment of acquittal, or, in the alternative, for a new trial in the above-captioned criminal matter. ECF No. 487. The motion is fully briefed. ECF Nos. 487, 505 and 513. The Court held a hearing on the motion on June 16, 2026. ECF No. 534.

For the reasons stated during the June 16, 2026, hearing, the Court **DENIES** the Defendant's renewed motion for judgment of acquittal, or, in the alternative, for a new trial (ECF No. 487).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge