**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. LKG-25-0006** |
| **THOMAS C. GOLDSTEIN,** | |
| **Defendant.** | |

## MOTION TO SEAL

The government respectfully requests an order sealing the Notice of Additional Exhibits Regarding Thomas Goldstein's Sentencing, and the accompanying exhibits, in their entirety. The filing and exhibits contain sensitive personal information, including health and medical treatment information. Accordingly, the government is filing sealed versions of the Notice and accompanying exhibits.

To justify sealing, the government must demonstrate that: (1) there is a compelling government interest requiring materials to be kept under seal, and (2) there are no less restrictive means—such as redaction—available. *In re Search Warrants Issued on April 26, 2004*, 353 F. Supp. 2d 584 (D. Md. 2004). The procedures for sealing are set forth in *Baltimore Sun Co. v. Goetz*, 886 F.2d 60 (4th Cir. 1989). "The judicial officer may explicitly adopt the facts that the government presents to justify the sealing." *Id.* at 65. Although notice of the sealing order is required, the notice requirement is satisfied by the docketing of the order sealing the documents. *See id.*

Here, there is a compelling interest in keeping sensitive personal information (including health and medical treatment information) under seal, as recognized in the Court's Protective Order (Dkt. 29). Further, given the nature of and information contained in the Notice and

accompanying exhibits, there are no less restrictive means, including redaction, that would protect that compelling interest.

WHEREFORE, for the foregoing reasons, the government requests that the Court order that the government's Notice of Additional Exhibits Regarding Thomas Goldstein's Sentencing, and all accompanying exhibits, be placed under seal in their entirety.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

A. Tysen Duva
Assistant Attorney General
Criminal Division

Dated: July 17, 2026

/s/
Hayter L. Whitman
Emerson Gordon-Marvin
Trial Attorneys
Department of Justice—Tax Division

Sean Beaty
Senior Litigation Counsel
Department of Justice—Tax Division

Adeyemi Adenrele
Assistant United States Attorney
District of Maryland