## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-25-6** |
| | * | |
| **THOMAS C. GOLDSTEIN,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******** | |

## DEFENDANT THOMAS C. GOLDSTEIN'S
## MOTION TO SEAL PORTIONS OF HIS SENTENCING SUBMISSIONS

Defendant Thomas C. Goldstein respectfully requests this Court to order that certain portions of his sentencing submissions be placed under seal.  Specifically, Mr. Goldstein requests that the following document be sealed:

- Defense Motion to Strike Untimely Government Notice of Additional Exhibits. This defense motion responds to the government's sealed filing and includes material related to Mr. Goldstein's health history.  *See, e.g.*, *United States v. McComber*, No. CR ELH-21-036, 2024 WL 2804039, at *12 (D. Md. May 31, 2024).

Accordingly, pursuant to Local Rule 207.2, Mr. Goldstein respectfully requests that the Court approve filing the document under seal.

1

Dated: July 17, 2026                                   Respectfully submitted,

                                                       /s/  *Jonathan I. Kravis*
Stephany Reaves (Bar No. 19658)                        Jonathan I. Kravis (Bar No. 31556)
Sarah E. Weiner (*pro hac vice*)                       **LIU SHUR KRAVIS LLP**
**MUNGER, TOLLES & OLSON LLP**                         607 14th Street NW, Suite 625
601 Massachusetts Avenue NW, Suite 500E                Washington, DC 20005
Washington, DC 20001                                   (202) 240-7100
(202) 220-1100                                         jonathan.kravis@lskllp.com
Stephany.Reaves@mto.com
Sarah.Weiner@mto.com

Adeel Mohammadi (*pro hac vice*)
**MUNGER, TOLLES & OLSON LLP**
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
Adeel.Mohammadi@mto.com

2