**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated:  July 27, 2026 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On July 17, 2026, the Defendant filed a motion to strike untimely government filing and a motion to vacate no contact order.  ECF Nos. 554 and 556.  On July 20, 2026, the Government filed a response in opposition to the Defendant's motion to strike untimely government filing.  ECF No. 557.  On July 22, 2026, the Defendant filed a motion for release pending appeal.  ECF No. 558.

For the reasons stated during the July 24, 2026, Sentencing Hearing, the Court:

(1) **DENIES** the Defendant's motion to strike untimely government filing (ECF No. 556);

(2) **DENIES** the Defendant's motion for release pending appeal (ECF No. 558);

(3) **DENIES-as-MOOT** the Defendant's motion to vacate no contact order (ECF No. 554); and

(4) **DIRECTS** the parties to  meet and confer and to file a joint status report **on or before August 12, 2026**, proposing a schedule for the briefing of any post-sentencing motions, including any motions to stay forfeiture.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge