**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. LKG-25-6** |
| | * | |
| **THOMAS C. GOLDSTEIN,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******** | |

**DEFENDANT THOMAS C. GOLDSTEIN'S**
**MOTION TO AMEND THE JUDGMENT**

Defendant Thomas Goldstein respectfully requests that the Court amend the judgment in this case to add the following recommendation:

"The Court recommends that the Bureau of Prisons place Mr. Goldstein at FCI Otisville Satellite Camp to be near his community ties in the New York/New Jersey area."

At the sentencing hearing, the Court invited the defense to request a recommendation on location of incarceration.  7/24/26 Tr. 232:11-13.  The defense requests FTI Otisville Satellite Camp, as Mr. Goldstein has several friends who live in the New York/New Jersey area who would like the opportunity to visit him while he is incarcerated without having to travel too far from their homes.  The government has advised that it does not oppose a defense request to amend the judgment for the sole purpose of designating a recommended location of incarceration.

Dated: July 29, 2026                                    Respectfully submitted,

                                                        /s/ *Jonathan I. Kravis*
                                                        Jonathan I. Kravis (Bar No. 31556)

1

LIU SHUR KRAVIS
607 14th Street N.W. Suite 625
Washington, D.C. 20005
(202) 240-7103
jonathan.kravis@lskllp.com

Stephany Reaves (Bar No. 19658)
Sarah E. Weiner (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500E
Washington, DC 20001
(202) 220-1100
Stephany.Reaves@mto.com
Sarah.Weiner@mto.com

Adeel Mohammadi (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, CA 90071
(213) 683-9100
Adeel.Mohammadi@mto.com

*Attorneys for Defendant Thomas Goldstein*

2